UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAIKH ENTERPRISES, INC. d/b/a Z S FOOD MART (A/K/A NAGHMA B. SHAIKH & BASHIR SHAIKH) | § § § § § | |
| Plaintiff, | § § | CIVIL NO. 4:20-cv-03411 |
| vs. | § § | |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § § | |

## UNITED STATES' UNOPPOSED MOTION TO RESCHEDULE THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE

The Defendant, United States of America ("United States"), in accordance with Federal Rule of Civil Procedure 6(b)(1)(A) moves the Court to reschedule the February 4, 2021, initial pretrial and scheduling conference. The following discussion supports this unopposed motion.

1) The Plaintiff filed his complaint on October 2, 2020. Docket Entry #1.

2) The Court set the initial pretrial and scheduling conference for December 2, 2020. Docket Entry #2.

3) On December 2, 2020, the Court, by minute entry, reset the scheduling conference to February 4, 2021. Docket Entry #5.

4) The Plaintiff served the United States Attorney's Office on December 1,

1

2020.

5) The United States' answer is due February 1, 2021. Fed.R.Civ.P. 12(a)(2).

6) Three days later or February 4, 2021, is the date on which the pretrial and scheduling conference has been reset. Docket Entry # 5 (Order Resetting Conference).

7) The parties must file a joint case management plan at least 10 days before the initial pretrial conference. Docket Entry #2.

8) Under the current schedule, the joint case management plan is due before the United States' answer due date. It will be extremely difficult, if not impossible, for the United States to engage in a meaningful Rule 26(f) conference and provide the requested information for the joint case management plan between the answer date and the date of the scheduling conference.

9) Under these circumstances, the United States respectfully requests that the Court reschedule the initial pretrial and scheduling conference to a later date. This will permit the United States to meaningfully engage in the Rule 26(f) conference and provide the information the Court is requesting prior to a new hearing date.

10) Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure states that "when an act…must be done within a specified time, the court, may, for good cause, extend the time…with or without motion…before the original time or its extension expires…"

11) The United States believes that it has shown good cause for the granting of this unopposed motion. The granting of this motion will not result in any party being prejudiced. The United States is not filing this motion for purposes of delay.

The United States respectfully requests that the Court grant this unopposed motion and continue the initial pretrial and scheduling conference for 30 days.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

/s/ Vikram S Arora
VIKRAM S. ARORA
Assistant United States Attorney
Southern District of Texas Bar # 3575082
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 907-5615
Facsimile: (713) 718-3309
Email: Vikram.arora@usdoj.gov

ATTORNEYS IN CHARGE FOR
THE UNITED STATES OF AMERICA

## **CERTIFICATE OF CONFERENCE**

On January 29, 2021, the Plaintiff's attorney told me that he is unopposed to this motion.

*/s/ Vikram Singh Arora*
Vikram S. Arora
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

This certifies that all counsel of record have been served with this pleading through the Court's ECF system.

*/s/ Vikram Singh Arora*
Vikram S. Arora
Assistant United States Attorney