Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

**FNS Number:** 5987083

## GENERAL STORE INFORMATION (as provided by FNS)

**Store Name:** ZS FOOD MART
**Store Address:** 3719 LOCKWOOD
**Telephone No:** 7136722500
**County:** HARRIS
**City/State/Zip Code:** HOUSTON, TX 77026
**Days/Hours of Operation:** Open 7 days, 24 hours

## GENERAL STORE INFORMATION

**Store Name** (as provided by store personnel): ZS FOOD MART
**Store Name as Posted on Outside Signage:** EL MEXICANA FOOD MART
**Store Owner Name(s)** (as provided by store personnel): BASHIR SHAIKTT
**Store Telephone No** (as provided by store personnel): (713) 672-2500
**Store Email** (as provided by store personnel): [redacted]
**Store Webpage** (as provided by store personnel): Does Not Exist

**Store Days & Hours of Operation** (as provided by store personnel):
Place an "x" next to each day that the store is open. Record the Hours of Operation, indicating "am" or "pm" as appropriate.

| Check | Day | Open | | Close |
|---|---|---|---|---|
| X | Monday | 07:00 AM | to | 11:00 PM |
| X | Tuesday | 07:00 AM | to | 11:00 PM |
| X | Wednesday | 07:00 AM | to | 11:00 PM |
| X | Thursday | 07:00 AM | to | 11:00 PM |
| X | Friday | 07:00 AM | to | 11:00 PM |
| X | Saturday | 07:00 AM | to | 11:00 PM |
| X | Sunday | 07:00 AM | to | 11:00 PM |

**Store Cross Streets:** LOCKWOOD, COLLINGWORTH ST

## GENERAL STORE CHARACTERISTICS

1. What is the estimated square footage of the store?   2100
2. Please indicate how the store square footage was estimated (e.g. visual, measuring tool, etc.):
   Provided by Store Personnel
3. ☐ YES   ☒ NO   Are optical scanners used at checkout?
4. ☐ YES   ☒ NO   Are shopping baskets available for customers? **If yes\***, how many? _____
   *Take photo of shopping baskets*
5. ☐ YES   ☒ NO   Are shopping carts available for customers? **If yes\***, how many? _____
   *Take photo of shopping carts*
6. ☒ YES   ☐ NO   Does the store operate through a night window or plastic barrier? **If yes, take photo** of night window or plastic barrier.
7. ☐ YES   ☒ NO   Is there evidence of wholesale business, such as posted prices or separate entrances for wholesalers? If yes, provide evidence in comments section.
8. ☐ YES   ☒ NO   Typically, stores end prices with "x9" cents (e.g., $.99, $1.49, $1.29). Does the store have an unusual price structure, such as ending most product prices with ".00" cents? If yes, take photo(s) of product prices and explain unusual price structure in comments.

**NOTE FOR REVIEWER:** The remainder of the form is to be completed by the reviewer in collaboration with store personnel in order to ensure accuracy of the store information entered. Please address any discrepancies in the comments section.

A.R. 89

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

## GENERAL STORE CHARACTERISTICS

9. Number of check-out counters/areas*: 1
*Take photo of check-out counters/areas.

10. Number of specialty cash registers (lottery, Western Union, etc.): 0

11. Number of cash registers for grocery purchases: 1

12. Number of EBT point of sale devices*: 1
*Take photo of POS devices.

13. ☒ YES ☐ NO  Is food stored in a storage area out of the public view? **If yes**, include on the store sketch and Obtain an estimated square footage of that space and note it here: 100

14. ☒ YES ☐ NO  Does the store have any storage coolers or Freezers? **If yes, take photo** with doors open to show contents.

15. ☐ YES ☒ NO  Is food regularly sold by the store currently stored at locations other than the store itself? **If yes**, where:

16. ☐ YES ☒ NO  Is this store primarily selling one food type such as meat, poultry, dairy, seafood, fruits, baked goods, or vegetables? ☐ Meat ☐ Poultry ☐ Dairy ☐ Seafood ☐ Fruits ☐ Baked Goods ☐ Vegetable ☐ Others

17. ☐ YES ☒ NO  Does the store take telephone, online orders, or other? ☐ Telephone ☐ Online ☐ Other

18. ☐ YES ☒ NO  Does the store offer delivery?

19. ☐ YES ☒ NO  Does the store round transaction totals up or down at checkout?

20. ☐ YES ☒ NO  Does the store sell items as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take photo** of the items, their prices, and store flyer. In addition, **take photos of these items** that are **located in storage areas** to best display the store's depth of stock.

21. Excluding meat bundles, seafood specials, and fruit/vegetable boxes, list the four most expensive SNAP eligible food items ($5 or higher) offered for sale. For the items listed below **take a photo** with priority on the **item's depth of stock on display** (e.g., store shelving) and **items located in storage areas**. When possible, include the **item's price**. (e.g., store price list, price sticker).

| Item | Price | Unit | Count < 10 Units | 10+ Units in stock |
|---|---|---|---|---|
| FOLGERS COFFEE | $ 6.49 | 11.3OZ | 2 | ☐ |
| 12PK SODA | $ 5.99 | 12PK SODA |  | ☒ |
|  | $ |  |  | ☐ |
|  | $ |  |  | ☐ |

22. ☒ YES ☐ NO  Were all questions in this section completed in collaboration with store personnel? **If no**, please explain in comments.

## NON-FOOD STOCK AND SERVICES
**Mark any that are present**

☐ Gasoline  ☒ Lottery Tickets  ☒ Tobacco Products  ☒ Alcohol  ☐ Mobile Phones/ Phone Cards  ☐ Automobile products
☐ Health and beauty aids  ☒ Other (*Briefly describe items that are being carried in significant quantities*)

Paper Goods;Cleaning Products

## STORE CONDITIONS
Mark all that apply. Take photos and explain scope of problem in comments section

☐ Empty/Broken/Unused coolers/freezers   ☐ Poor Lighting           ☐ Faded/Missing Labels
☐ Dusty Cans/Packages                     ☒ Empty Shelves           ☐ Rusty Equipment
☐ Expired/outdated/spoiled food           ☐ Ice Crystals on Frozen Food  ☐ Other

**A.R. 90**

Survey Form for FNS or Authorized Agent Use Only    U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

### FOOD SERVICE INFORMATION

1. ☒ YES ☐ NO — Is there a kitchen area and/or food preparation area? **If yes, take photo(s)** including equipment
2. ☐ YES ☒ NO — Is hot food sold? **If yes, take photo** of hot food and menu or get copy of the menu, if available.
3. ☒ YES ☐ NO — Is food sold for on-site consumption (Hot or Cold)? **If yes, mark** all that apply and **take photo.**
   ☐ Chairs/Tables*    ☐ Counter/Booth Seating    ☐ Standup Tables
   ☒ Other _5_ GAMING    ☐ Microwaves / Heating Sources
   *Please indicate seating capacity for all applicable selections marked with an asterisk*
4. ☐ YES ☒ NO — Is there a deli or prepared food section? **If yes, mark** all that apply and **take photo.**
   ☐ Prices Posted for Meats/Cheeses
   ☐ Prepared Salads
   ☐ Prepared/Made-to-Order Sandwiches
   ☐ Other refrigerated foods (e.g., casseroles, chilled cooked chicken, etc.)
5. ☐ YES ☒ NO — Is store stock being used in the deli/prepared food section? **If yes,** list the most common items that are being used: _____
6. ☐ YES ☒ NO — Does the store sell items such as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take photo** of the items, their prices, and store flyer.

**COMMENTS:**

REVIEWER HAS CONFIRMED FEWER THAN 4 HIGH PRICED ITEMS

STORAGE OLD GAMING, SODA, AND ICE MACHINE

---

I certify to the best of my knowledge the information provided herein is true.

**Reviewer** (Print or Type name) ▮▮▮    **Signature** (Original in Ink) ▮▮▮

Site Visit, or 1st attempt: Date 9/16/2018    Arrival Time 01: 11 ☐ am ☒ pm (*choose one*)
Re-Visit, or 2nd attempt (*if applicable*): Date //    Arrival Time : ☐ am ☐ pm (*choose one*)

A.R. 91

Checklist for FNS or Authorized Agent Use Only    U.S. Department of Agriculture - Food and Nutrition Service    August 2018 - RPMD/SNAP

**Store Name:** ZS FOOD MART      **FNS Number:** 5987083

### BREAD OR CEREALS

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
|---|---|---|---|
| BREAD - LOAF BREAD | 8 | UNITS | ✓ |
| COLD CEREAL - CORN BASED | 6 | UNITS | |
| COLD CEREAL - OATS BASED | 6 | UNITS | |
| COLD CEREAL - RICE BASED | 3 | UNITS | |
| COLD CEREAL - WHEAT BASED | 9 | UNITS | |
| CORN/MAIZE - CORN MEAL/ OTHER CORN BASED PRODUCT | 6 | UNITS | |
| PASTA - WHEAT BASED | 20+ | UNITS | |
| TORTILLAS - CORN BASED TORTILLAS | 20+ | UNITS | ✓ |
| TORTILLAS - WHEAT FLOUR BASED TORTILLAS | 6 | UNITS | ✓ |
| WHEAT - FLOUR / PROCESSED WHEAT-BASED FOOD (PIZZA/SANDWICH/ETC.) / | 20+ | UNITS | ✓ |
| **MORE THAN 10 GRAINS VARIETIES STOCKED** | | | |

### MEATS, POULTRY, FISH - Fresh, frozen, canned, pickled, dried, processed

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
|---|---|---|---|
| BEEF - BEEF/ VEAL | 20+ | UNITS | |
| CHICKEN | 20+ | UNITS | ✓ |
| EGGS - CHICKEN EGGS | 8 | UNITS | ✓ |
| PORK | 20+ | UNITS | ✓ |
| TUNA | 9 | UNITS | |
| **MORE THAN 10 MEAT/POULTRY/FISH VARIETIES STOCKED** | | | |

### DAIRY

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
|---|---|---|---|
| BUTTER SUBSTITUTE - MARGARINE OR NON-DAIRY SPREAD | 2 | UNITS | ✓ |
| CHEESE - COW / GOAT / SHEEP MILK BASED | 7 | UNITS | ✓ |
| MILK - POWDERED, CANNED, FRESH COW'S MILK / HALF AND HALF | 20+ | UNITS | ✓ |
| **MORE THAN 10 DAIRY VARIETIES STOCKED** | | | |

### FRUIT / VEGETABLES - Fresh, frozen, canned, pickled, dried, 100% juice, puree

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
|---|---|---|---|
| BANANAS | 7 | UNITS | ✓ |
| LIMES | 6 | UNITS | ✓ |
| ORANGES | 12 | UNITS | ✓ |
| PLANTAINS | 2 | UNITS | |
| CUCUMBERS - CUCUMBERS / PICKLES | 5 | UNITS | |
| NUTS/SEEDS - PEANUTS/ALMONDS/SUNFLOWER | 20+ | UNITS | |
| PEPPERS -BELL PEPPERS / OTHER PEPPERS | 20+ | UNITS | |
| TOMATOES - TOMATOES / TOMATO SOUP / SAUCE / RAVIOLI / | 20+ | UNITS | ✓ |
| **MORE THAN 14 FRUIT/ VEGETABLE VARIETIES STOCKED** | | | |

Reviewer (Print Name) ▮▮▮▮▮

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt: 9/16/2018

*(If applicable)* Re-Visit or 2nd attempt: Date: //

**A.R. 92**

U.S. Department of Agriculture - Food and Nutrition Service

FNS# 5987083

Store Name: ZS FOOD MART

## Supplemental Nutrition Assistance Program (SNAP)
## Store Visit Contract
## Photographer's Certification Statement

I have reviewed the digital images and they are the ones I took or are the ones I used for the store visit of **ZS FOOD MART.**

I completed my review of this store at **9/16/2018**

The digital images accurately portray the situation at the named store on the given date and time.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Signature of On-Site Reviewer

**ISN CORPORATION**
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer ▬▬▬▬▬

**A.R. 93**





A.R. 95





A.R. 96





A.R. 97





A.R. 98





A.R. 99





A.R. 100