## Sensitive but Unclassified (SBU) Information

## USDA - FNS
## REPORT OF NEGATIVE INVESTIGATION

| STORE NAME AND ADDRESS | CASE IDENTIFICATION NUMBER | DATE |
|---|---|---|
| ZS FOOD MART | HO01974 | 4/16/2018 |
| 3719 LOCKWOOD | AREA OFFICE | |
| HOUSTON, TX 77026 | Houston, TX - RIB | |

A. During the subject investigation   0   Confidential Informant(s)   1   Investigator(s) made a total of   3   visit(s) to the subject store. During these transactions, attempts made to purchase ineligible items were refused, and no other program violations occurred.

Number of Surveillance Visit(s)   0                    Number of Client Interview(s)   0  

| Exhibit ID | Pass Result | Refusal Date | CI/Investigator | Refusals | Description of Clerk |
|---|---|---|---|---|---|
| A | F | 2/28/2018 | Investigator | | M, 50-55 yrs, 5'6"-5'9", 195-205 lbs, Brown hair color, Clerk was standing behind a plexiglass enclosure. Clerk had a mustache and goatee. |
| B | N | 3/6/2018 | Investigator | 18 count pack of Kordite Plastic Cups | M, 50-55 yrs, 5'6"-5'9", 195-205 lbs, Brown hair color, Clerk same as Exhibit A |
| C | N | 3/12/2018 | Investigator | Roll of Soft Bathroom Tissue | M, 50-55 yrs, 5'6"-5'9", 195-205 lbs, Brown hair color, Clerk same as Exhibit A |

B. REMARKS

C. In the absence of indications that the subject store violates program regulations the investigation was terminated and the case is closed.

CERTIFICATION:
This report consists of 3 exhibit(s) letter(s) A to C totaling 7 page(s). The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in any proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct.

SIGNATURE OF INVESTIGATOR

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 1 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | HO01974 | EXHIBIT A |
| | 02/28/2018 | RESULT: F |

**DETAILS OF TRANSACTION/VISIT :**

I,           Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 1:34 PM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $299.12 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $4.77 for items purchased from the investigative EBT account. I departed the store at about 1:39 PM.

I placed the listed food items on the counter along with my issued EBT card. The clerk who was standing behind a plexiglass enclosure rang up the listed items charging them to my EBT card. The clerk provided me with an EBT receipt, made no comments and I left the store.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 2 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

**A.R. 174**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | HO01974 02/28/2018 | EXHIBIT A RESULT: F |
|---|---|---|

### CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| M | 50-55 | 5'6" - 5'9" | 195 - 205 | Brown | Clerk was standing behind a plexiglass enclosure. Clerk had a mustache and goatee. |

| Identification During Transaction as: (Name) Unknown | (Title, Relationship to Owner): Unknown | Means of Identification: N/A |
|---|---|---|

### EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| | $299.12 | $4.77 | $294.35 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $4.77 | N/A | N/A |

### MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | 20 OZ. bottle of soda | E | NPI |
| 1 | 3 3/8 OZ. bag of Cheetos Puffs Cheese Flavored Snacks | E | 1.69 |
| 1 | 1.74 OZ. bag of M & M's Chocolate Candies | E | NPI |

NPI - NO PRICE INDICATED OR ILLEGIBLE    TYPE: E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

**TRAFFICKING CASH DATA [if applicable]:**

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 3 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

A.R. 175

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | HO01974<br>03/06/2018 | EXHIBIT  B<br>RESULT: N |
|---|---|---|

**DETAILS OF TRANSACTION/VISIT :**

I ▮▮▮▮▮▮ nvestigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 11:24 AM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $230.61 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $4.59 for items purchased from the investigative EBT account. I departed the store at about 11:29 AM.

I placed the listed food items and the non-food item on the counter along with my issued EBT card.  The clerk who was standing behind a plexiglass enclosure rang up the listed food items charging them to my EBT card, but refused to charge the non-food item to my EBT card.  The clerk returned my EBT card and  provided me with an EBT receipt.  The clerk made no further comments and I left the store.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 4 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

**A.R. 176**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | HO01974 | EXHIBIT B |
|---|---|---|
| | 03/06/2018 | RESULT: N |

### CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| M | 50-55 | 5'6" - 5'9" | 195 - 205 | Brown | Clerk same as Exhibit A |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
|---|---|---|
| Unknown | Unknown | N/A |

### EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| | $230.61 | $4.59 | $226.02 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $4.59 | N/A | N/A |

### MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | 4 1/2 OZ. bag of Chester's Puffcorn Cheese Flavored Snacks | E | 2.00 |
| 1 | 2 liter bottle of soda | E | NPI |
| 1 | 18 count pack of Kordite Plastic Cups | R | |

NPI - NO PRICE INDICATED OR ILLEGIBLE          TYPE:   E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

**TRAFFICKING CASH DATA [if applicable]:**

**A.R. 177**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | HO01974 03/12/2018 | EXHIBIT C RESULT: N |
|---|---|---|

**DETAILS OF TRANSACTION/VISIT :**

████████████ Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 11:38 AM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $160.05 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $5.78 for items purchased from the investigative EBT account. I departed the store at about 11:42 AM.

I placed the listed food items and the non-food item on the counter along with my issued EBT card. The clerk who was standing behind a plexiglass enclosure rang up the mentioned food items charging them to my EBT card, but refused to charge the non-food item to my EBT card. The clerk returned my EBT card and provided me with an EBT receipt for the purchased food items. The clerk made no further comments and I left the store.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 6 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | HO01974<br>03/12/2018 | EXHIBIT  C<br>RESULT: N |
|---|---|---|

**CLERK INFORMATION**

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| M | 50-55 | 5'6" - 5'9" | 195 - 205 | Brown | Clerk same as Exhibit A |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
|---|---|---|
| Unknown | Unknown | N/A |

**EBT BENEFITS ISSUED, USED AND RETURNED:**

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| ████████ | $160.05 | $5.78 | $154.27 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $5.78 | N/A | N/A |

**MERCHANDISE RECEIVED [if applicable]:**

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | 20 OZ. bottle of soda | E | NPI |
| 1 | 13 OZ. pack of Nabisco Chips Ahoy Cookies | E | NPI |
| 1 | Roll of Soft Bathroom Tissue | R | |

NPI - NO PRICE INDICATED OR ILLEGIBLE     TYPE:    E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

**TRAFFICKING CASH DATA [if applicable]:**

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 7 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

A.R. 179

## 6. Donated Items

**RIB Tracking Number:** HO01974      **Exhibit ID:** A

I certify that I received the following item(s) for use by my organization from the USDA Employe ███████ (Houston, TX - RIB).

**Items List:**

| Quantity | Description |
|----------|-------------|
| 1 | 20 OZ. bottle of soda |
| 1 | 3 3/8 OZ. bag of Cheetos Puffs Cheese Flavored Snacks |
| 1 | 1.74 OZ. bag of M & M's Chocolate Candies |

**Donation Date:** 02/28/2018      **Donated By:** ███████ (Houston, TX - RIB)

**Donation Organization:** FamilyTime Crisis & Counseling Center

**Donation Receiver**
**Name** ███████
**Title:** Receiver

**Organization Site Address and Phone**
**Address:**
1203 S. Houston Ave
Humble, Texas 77338

**Phone:** (281) 446-2615

The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.

**Receiver's Signature:**



**Investigator Signature:**

**6. Donated Items**

---

**RIB Tracking Number:** HO01974        **Exhibit ID:** B

**I certify that I received the following item(s) for use by my organization from the USDA Employe** ███████
**(Houston, TX - RIB).**

**Items List:**

| Quantity | Description |
|----------|-------------|
| 1 | 4 1/2 OZ. bag of Chester's Puffcorn Cheese Flavored Snacks |
| 1 | 2 liter bottle of soda |

**Donation Date:** 03/08/2018        **Donated By** ██████ Houston, TX - RIB)

**Donation Organization:** FamilyTime Crisis & Counseling Center

**Donation Receiver**
**Name:** ██████
**Title:** Receiver

**Organization Site Address and Phone**
**Address:**
1203 S. Houston Ave
Humble, Texas 77338

**Phone:** (281) 446-2615

**The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.**

**Receiver's Signature:**

**Investigator Signature:**

## 6. Donated Items

**RIB Tracking Number:** HO01974          **Exhibit ID:** C

I certify that I received the following item(s) for use by my organization from the USDA Employee ████████
(Houston, TX - RIB).

**Items List:**

| Quantity | Description |
|---|---|
| 1 | 20 OZ. bottle of soda |
| 1 | 13 OZ. pack of Nabisco Chips Ahoy Cookies |

**Donation Date:** 03/19/2018          **Donated By:** ████████ (Houston, TX - RIB)

**Donation Organization:** FamilyTime Crisis & Counseling Center

**Donation Receiver**
**Name:** ████████
**Title:** Receiver

**Organization Site Address and Phone**
**Address:**
1203 S. Houston Ave
Humble, Texas 77338

**Phone:** (281) 446-2615

The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.

**Receiver's Signature:**

**Investigator Signature:**

**A.R. 182**

HO0974  2/28/18

Ex: A    Z'S FOOD MART
         3719 LOCKWOOD DR. SUITE A
         HOUSTON, TX  77026
         713-672-2500
         27470014653402

Merchant ID: 27470014653402
Record Num.: 0000

## Sale

| 4962 | | Exp: XX/XX |
| EBT Food Stamp | | Entry Method: Swiped |

Total:              USD$            4.77

02/28/18                          13:33:46
Inv#: 000009      Appr Code: 975622
Apprvd: Online           Batch#: 000512
RRN:                               975622

Food Stamp Balance:    $      294.35

NO SIGNATURE REQUIRED

THANK YOU!
PLEASE COME AGAIN!

MERCHANT COPY

---

HO01974  3/6/18

Ex: B    Z'S FOOD MART
         3719 LOCKWOOD DR. SUITE A
         HOUSTON, TX  77026
         713-672-2500
         27470014653402

Merchant ID: 27470014653402
Record Num.: 0011

## Sale

| 4962 | | Exp: XX/XX |
| EBT Food Stamp | | Entry Method: Swiped |

Total:              USD$            4.59

03/06/18                          11:29:22
Inv#: 000011      Appr Code: 010599
Apprvd: Online           Batch#: 000519
RRN:                               010599

Food Stamp Balance:    $      226.02

HO01974
              NO SIGNATURE REQUIRED
Ex: B
              THANK YOU!
         PLEASE COME AGAIN!

MERCHANT COPY

---

HO0974  3/12/18

Ex: C    Z'S FOOD MART
         3719 LOCKWOOD DR. SUITE A
         HOUSTON, TX  77026
         713-672-2500
         27470014653402

Merchant ID: 27470014653402
Record Num.: 0004

## Sale

| 4962 | | Exp: XX/XX |
| EBT Food Stamp | | Entry Method: Swiped |

Total:              USD$            5.78

03/12/18                          11:42:41
Inv#: 000004      Appr Code: 909540
Apprvd: Online           Batch#: 000525
RRN:                               909540

Food Stamp Balance:    $      154.27

NO SIGNATURE REQUIRED

THANK YOU!
PLEASE COME AGAIN!

MERCHANT COPY

A.R. 183











03/12/2018

A.R. 186

## Sensitive but Unclassified (SBU) Information

### USDA - FNS
### REPORT OF NEGATIVE INVESTIGATION

| STORE NAME AND ADDRESS | CASE IDENTIFICATION NUMBER | DATE |
|---|---|---|
| ZS FOOD MART | NA00266 | 12/11/2019 |
| 3719 LOCKWOOD | AREA OFFICE | |
| HOUSTON, TX 77026 | National CR AO | |

A. During the subject investigation   0   Confidential Informant(s)      1   Investigator(s) made a total of   3   visit(s) to the subject store. During these transactions, attempts made to purchase ineligible items were refused, and no other program violations occurred.

Number of Surveillance Visit(s)   0                    Number of Client Interview(s)   0

| Exhibit ID | Pass Result | Refusal Date | CI/Investigator | Refusals | Description of Clerk |
|---|---|---|---|---|---|
| A | F | 11/13/2019 | Investigator | | F, 24-29 yrs, 5'6"-5'9", 130-140 lbs, Black hair color, None |
| B | N | 11/14/2019 | Investigator | Box of spoons, Bag of bowls | F, 32-37 yrs, 5'8"-5'11", 152-162 lbs, Blonde hair color, None |
| C | N | 11/16/2019 | Investigator | Box of sandwich bags, Box of garbage bags, Cash | F, 32-37 yrs, 5'8"-5'11", 152-162 lbs, Blonde hair color, Clerk same as Exhibit B |

B. REMARKS

C. In the absence of indications that the subject store violates program regulations the investigation was terminated and the case is closed.

CERTIFICATION:
This report consists of 3 exhibit(s) letter(s) A to C totaling 7 page(s). The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in any proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct.

SIGNATURE OF INVESTIGATOR

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 1 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266 11/13/2019 | EXHIBIT A RESULT: F |
|---|---|---|

**DETAILS OF TRANSACTION/VISIT :**

I,                   Investigator, Contractor for the Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 02:09 PM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $400.00 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $10.16 for items purchased from the investigative EBT account. I departed the store at about 02:17 PM.

I entered the subject store, placed all items on the counter, and presented the EBT card to the clerk for purchase. The clerk, identified as          completed the transaction.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 2 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

A.R. 188

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| INVESTIGATIVE TRANSACTION REPORT | NA00266 | EXHIBIT A |
|---|---|---|
| | 11/13/2019 | RESULT: F |

### CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| F | 24-29 | 5'6" - 5'9" | 130 - 140 | Black | None |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
|---|---|---|
| Clarissa | Unknown | Self-identified |

### EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| | $400.00 | $10.16 | $389.84 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $10.16 | N/A | N/A |

### MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | Bag of cinnamon roll | E | 1.09 |
| 1 | Can of spam | E | 3.99 |
| 1 | Bag of candy | E | NPI |
| 1 | Bag of chips | E | NPI |

NPI - NO PRICE INDICATED OR ILLEGIBLE    TYPE:    E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

TRAFFICKING CASH DATA [if applicable]:

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 3 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

A.R. 189

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266 | EXHIBIT B |
|---|---|---|
| | 11/14/2019 | RESULT: N |

**DETAILS OF TRANSACTION/VISIT :**

I, ▮▮▮▮▮▮▮▮ Investigator, Contractor for the Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 03:25 PM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $354.46 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $10.18 for items purchased from the investigative EBT account. I departed the store at about 3:32 PM.

I entered the subject store, placed all items on the counter, and presented the EBT card to the clerk for purchase. The clerk removed the non-food items and stated that they could not be purchased using SNAP benefits. I asked the clerk to utilize the EBT card for the non-food items and the clerk refused. The clerk then completed the transaction for the food items only.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 4 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266 11/14/2019 | EXHIBIT  B RESULT: N |
| --- | --- | --- |

### CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
| --- | --- | --- | --- | --- | --- |
| F | 32-37 | 5'8" - 5'11" | 152 - 162 | Blonde | None |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
| --- | --- | --- |
| Unknown | Unknown | None |

### EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
| --- | --- | --- | --- |
| ██████████████ | $354.46 | $10.18 | $344.28 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
| --- | --- | --- | --- |

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
| --- | --- | --- |
| $10.18 | N/A | N/A |

### MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
| --- | --- | --- | --- |
| 2 | Boxes of cereal (@ $4.59 each) | E | 9.18 |
| 2 | Bags of soup | E | NPI |
| 1 | Box of spoons | R | |
| 1 | Bag of bowls | R | |

NPI - NO PRICE INDICATED OR ILLEGIBLE          TYPE:     E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

**TRAFFICKING CASH DATA [if applicable]:**

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 5 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

**A.R. 191**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266 | EXHIBIT C |
|---|---|---|
| | 11/16/2019 | RESULT: N |

**DETAILS OF TRANSACTION/VISIT :**

I _____ Investigator, Contractor for the Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 06:12 PM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $344.28 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $13.06 for items purchased from the investigative EBT account. I departed the store at about 06:22 PM.

I entered the subject store, placed all items on the counter, and presented the EBT card to the clerk for purchase. The clerk removed the non-food items and stated that they could not be purchased using SNAP benefits. I asked the clerk to utilize the EBT card for the non-food items and the clerk refused. The clerk then completed the transaction for the food items only. I asked the clerk for cash back off my EBT card, but the clerk refused.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 6 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

A.R. 192

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266<br>11/16/2019 | EXHIBIT C<br>RESULT: N |
|---|---|---|

### CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| F | 32-37 | 5'8" - 5'11" | 152 - 162 | Blonde | Clerk same as Exhibit B |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
|---|---|---|
| Unknown | Unknown | None |

### EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | $344.28 | $13.06 | $331.22 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $13.06 | N/A | N/A |

### MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | Bag of chips | E | 5.09 |
| 1 | Bottle of ketchup | E | 2.99 |
| 1 | Bottle of barbecue sauce | E | NPI |
| 1 | Package of bread | E | NPI |
| 1 | Box of sandwich bags | R | |
| 1 | Box of garbage bags | R | |
| | Cash | R | |

NPI - NO PRICE INDICATED OR ILLEGIBLE     TYPE:     E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

TRAFFICKING CASH DATA [if applicable]:

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 7 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

## Sensitive but Unclassified (SBU) Information

## USDA - FNS
## REPORT OF NEGATIVE INVESTIGATION

| STORE NAME AND ADDRESS | CASE IDENTIFICATION NUMBER | DATE |
|---|---|---|
| ZS FOOD MART | NA00266 | 12/11/2019 |
| 3719 LOCKWOOD | **AREA OFFICE** | |
| HOUSTON, TX  77026 | National CR AO | |

A. During the subject investigation __0__ Confidential Informant(s) __1__ Investigator(s) made a total of __3__ visit(s) to the subject store. During these transactions, attempts made to purchase ineligible items were refused, and no other program violations occurred.

Number of Surveillance Visit(s) __0__       Number of Client Interview(s) __0__

| Exhibit ID | Pass Result | Refusal Date | CI/Investigator | Refusals | Description of Clerk |
|---|---|---|---|---|---|
| A | F | 11/13/2019 | Investigator | | F, 24-29 yrs, 5'6"-5'9", 130-140 lbs, Black hair color, None |
| B | N | 11/14/2019 | Investigator | Box of spoons, Bag of bowls | F, 32-37 yrs, 5'8"-5'11", 152-162 lbs, Blonde hair color, None |
| C | N | 11/16/2019 | Investigator | Box of sandwich bags, Box of garbage bags, Cash | F, 32-37 yrs, 5'8"-5'11", 152-162 lbs, Blonde hair color, Clerk same as Exhibit B |

B. REMARKS

C. In the absence of indications that the subject store violates program regulations the investigation was terminated and the case is closed.

CERTIFICATION:
This report consists of 3 exhibit(s) letter(s) A to C totaling 7 page(s). The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in any proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct.

SIGNATURE OF INVESTIGATOR

**A.R. 194**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266<br>11/13/2019 | EXHIBIT  A<br>RESULT: F |
|---|---|---|

**DETAILS OF TRANSACTION/VISIT :**

I ▮▮▮▮▮▮ Investigator, Contractor for the Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 02:09 PM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $400.00 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $10.16 for items purchased from the investigative EBT account. I departed the store at about 02:17 PM.

I entered the subject store, placed all items on the counter, and presented the EBT card to the clerk for purchase. The clerk, identified as ▮▮▮▮ completed the transaction.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 2 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

A.R. 195

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266 | EXHIBIT A |
|---|---|---|
| | 11/13/2019 | RESULT: F |

### CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS | | |
|---|---|---|---|---|---|---|---|
| F | 24-29 | 5'6" - 5'9" | 130 - 140 | Black | None | | |
| **Identification During Transaction as: (Name)** | | | | **(Title, Relationship to Owner):** | | **Means of Identification:** | |
| Clarissa | | | | Unknown | | Self-identified | |

### EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| | $400.00 | $10.16 | $389.84 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $10.16 | N/A | N/A |

### MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | Bag of cinnamon roll | E | 1.09 |
| 1 | Can of spam | E | 3.99 |
| 1 | Bag of candy | E | NPI |
| 1 | Bag of chips | E | NPI |

NPI - NO PRICE INDICATED OR ILLEGIBLE   TYPE:   E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

**TRAFFICKING CASH DATA [if applicable]:**

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 3 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

**A.R. 196**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266<br>11/14/2019 | EXHIBIT  B<br>RESULT: N |
|---|---|---|

**DETAILS OF TRANSACTION/VISIT :**

I ████████, Investigator, Contractor for the Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 03:25 PM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $354.46 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $10.18 for items purchased from the investigative EBT account. I departed the store at about 3:32 PM.

I entered the subject store, placed all items on the counter, and presented the EBT card to the clerk for purchase. The clerk removed the non-food items and stated that they could not be purchased using SNAP benefits. I asked the clerk to utilize the EBT card for the non-food items and the clerk refused. The clerk then completed the transaction for the food items only.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 4 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

A.R. 197

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266 11/14/2019 | EXHIBIT B RESULT: N |
|---|---|---|

### CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| F | 32-37 | 5'8" - 5'11" | 152 - 162 | Blonde | None |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
|---|---|---|
| Unknown | Unknown | None |

### EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| ███████████ | $354.46 | $10.18 | $344.28 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $10.18 | N/A | N/A |

### MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 2 | Boxes of cereal (@ $4.59 each) | E | 9.18 |
| 2 | Bags of soup | E | NPI |
| 1 | Box of spoons | R | |
| 1 | Bag of bowls | R | |

NPI - NO PRICE INDICATED OR ILLEGIBLE        TYPE:    E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

**TRAFFICKING CASH DATA [if applicable]:**

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 5 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266 | EXHIBIT  C |
|---|---|---|
| | 11/16/2019 | RESULT: N |

**DETAILS OF TRANSACTION/VISIT :**

I, Miguel Ballejo, Investigator, Contractor for the Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

On the above date, at about (time) 06:12 PM. I entered subject store. As the clerk rang up the items, my issued Electronic Benefits Transfer (EBT) card was where it could be viewed by the clerk. I gave the clerk the EBT card, which had a total of $344.28 in Supplemental Nutrition Assistance Program (SNAP) benefits. The clerk deducted $13.06 for items purchased from the investigative EBT account. I departed the store at about 06:22 PM.

I entered the subject store, placed all items on the counter, and presented the EBT card to the clerk for purchase. The clerk removed the non-food items and stated that they could not be purchased using SNAP benefits. I asked the clerk to utilize the EBT card for the non-food items and the clerk refused. The clerk then completed the transaction for the food items only.I asked the clerk for cash back off my EBT card, but the clerk refused.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 6 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.**

A.R. 199

US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE

| **INVESTIGATIVE TRANSACTION REPORT** | NA00266<br>11/16/2019 | EXHIBIT C<br>RESULT: N |
|---|---|---|

## CLERK INFORMATION

| SEX | AGE | HEIGHT | WEIGHT | HAIR | OTHER IDENTIFIERS |
|---|---|---|---|---|---|
| F | 32-37 | 5'8" - 5'11" | 152 - 162 | Blonde | Clerk same as Exhibit B |

| Identification During Transaction as: (Name) | (Title, Relationship to Owner): | Means of Identification: |
|---|---|---|
| Unknown | Unknown | None |

## EBT BENEFITS ISSUED, USED AND RETURNED:

| EBT Card Number | Issued Value | Used Value | Returned Value |
|---|---|---|---|
| ▐ | $344.28 | $13.06 | $331.22 |
| | | | |

| EBT RECEIPT: Y | CASH REGISTER RECEIPT: N | SALES TAX CHARGED: N/A | AMOUNT CHARGED: N/A |
|---|---|---|---|

| AMOUNT OF PURCHASE [if known] | BENEFITS TRAFFICKED [if applicable] | CASH RECEIVED [if applicable] |
|---|---|---|
| $13.06 | N/A | N/A |

## MERCHANDISE RECEIVED [if applicable]:

| QUANTITY | DESCRIPTION OF ITEM | TYPE | PRICE |
|---|---|---|---|
| 1 | Bag of chips | E | 5.09 |
| 1 | Bottle of ketchup | E | 2.99 |
| 1 | Bottle of barbecue sauce | E | NPI |
| 1 | Package of bread | E | NPI |
| 1 | Box of sandwich bags | R | |
| 1 | Box of garbage bags | R | |
| | Cash | R | |

NPI - NO PRICE INDICATED OR ILLEGIBLE   TYPE:   E - ELIGIBLE, I - INELIGIBLE, M - MAJOR INELIGIBLE, R - REFUSAL, C - CREDIT, F - FREE / NO CHARGE

**TRAFFICKING CASH DATA [if applicable]:**

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 7 OF 7) - (7-98) PREVIOUS EDITIONS OBSOLETE.

**A.R. 200**

## 6. Donated Items

**CR Tracking Number:** NA00266          **Exhibit ID:** A

I certify that I received the following item(s) for use by my organization from the USDA Employee ███████
(National CR AO).

**Items List:**

| Quantity | Description |
|----------|-------------|
| 1 | Bag of cinnamon roll |
| 1 | Can of spam |
| 1 | Bag of candy |
| 1 | Bag of chips |

**Donation Date:** 11/21/2019          **Donated By** ███████ (National CR AO)

**Donation Organization:** Trinity Klein Church

**Donation Receiver**
**Name:** ███████
**Title:** GO Assistant Director

**Organization Site Address and Phone**
**Address:**
5201 Spring Cypress
Spring, Texas 77379

**Phone:** (281) 376-5773

**The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.**

**Receiver's Signature:**

███████

**Investigator Signature:**

**A.R. 201**

## 6. Donated Items

**CR Tracking Number:** NA00266          **Exhibit ID:** B

I certify that I received the following item(s) for use by my organization from the USDA Employee Miguel Ballejo (National CR AO).

**Items List:**

| Quantity | Description |
|---|---|
| 2 | Boxes of cereal (@ $4.59 each) |
| 2 | Bags of soup |

**Donation Date:** 11/21/2019          **Donated By** ▮▮▮▮▮ (National CR AO)

**Donation Organization:** Trinity Klein Church

**Donation Receiver**
**Name** ▮▮▮▮▮
**Title:** GO Assistant Director

**Organization Site Address and Phone**
**Address:**
5201 Spring Cypress
Spring, Texas 77379

**Phone:** (281) 376-5773

The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.

**Receiver's Signature:**

**Investigator Signature:**

## 6. Donated Items

**CR Tracking Number:** NA00266          **Exhibit ID:** C

I certify that I received the following item(s) for use by my organization from the USDA Employee ████████
(National CR AO).

**Items List:**

| Quantity | Description |
|----------|-------------|
| 1 | Bag of chips |
| 1 | Bottle of ketchup |
| 1 | Bottle of barbecue sauce |
| 1 | Package of bread |

**Donation Date:** 11/21/2019          **Donated By:** ████████ (National CR AO)

**Donation Organization:** Trinity Klein Church

**Donation Receiver**
**Name** ████████
**Title:** GO Assistant Director

**Organization Site Address and Phone**
**Address:**
5201 Spring Cypress
Spring, Texas 77379

**Phone:** (281) 376-5773

The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated
cost of continued care and handling would exceed the estimated proceeds from the sale.

**Receiver's Signature:**

████████

**Investigator Signature:**

**A.R. 203**

## 6. Donated Items

**CR Tracking Number:** NA00266          **Exhibit ID:** A

I certify that I received the following item(s) for use by my organization from the USDA Employee ▓▓▓ (National CR AO).

**Items List:**

| Quantity | Description |
|---|---|
| 1 | Bag of cinnamon roll |
| 1 | Can of spam |
| 1 | Bag of candy |
| 1 | Bag of chips |

**Donation Date:** 11/21/2019          **Donated By:** ▓▓▓ (National CR AO)

**Donation Organization:** Trinity Klein Church

**Donation Receiver**
**Name** ▓▓▓
**Title:** GO Assistant Director

**Organization Site Address and Phone**
**Address:**
5201 Spring Cypress
Spring, Texas 77379

**Phone:** (281) 376-5773

The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.

**Receiver's Signature:**

▓▓▓

**Investigator Signature:**

**A.R. 204**

**6. Donated Items**

---

**CR Tracking Number:** NA00266          **Exhibit ID:** B

**I certify that I received the following item(s) for use by my organization from the USDA Employee** ███████ **(National CR AO).**

**Items List:**

| Quantity | Description |
|---|---|
| 2 | Boxes of cereal (@ $4.59 each) |
| 2 | Bags of soup |

**Donation Date:** 11/21/2019          **Donated By:** Miguel Ballejo (National CR AO)

**Donation Organization:** Trinity Klein Church

**Donation Receiver**
**Name** ███████████
**Title:** GO Assistant Director

**Organization Site Address and Phone**
**Address:**
5201 Spring Cypress
Spring, Texas 77379

**Phone:** (281) 376-5773

**The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.**

**Receiver's Signature:**

███████

**Investigator Signature:**

**A.R. 205**

## 6. Donated Items

**CR Tracking Number:** NA00266        **Exhibit ID:** C

I certify that I received the following item(s) for use by my organization from the USDA Employee **Miguel Ballejo (National CR AO)**.

**Items List:**

| Quantity | Description |
|---|---|
| 1 | Bag of chips |
| 1 | Bottle of ketchup |
| 1 | Bottle of barbecue sauce |
| 1 | Package of bread |

**Donation Date:** 11/21/2019        **Donated By** ▉▉▉▉ (National CR AO)

**Donation Organization:** Trinity Klein Church

**Donation Receiver**
**Name** ▉▉▉▉▉▉
**Title:** GO Assistant Director

**Organization Site Address and Phone**
**Address:**
5201 Spring Cypress
Spring, Texas 77379

**Phone:** (281) 376-5773

The property item(s) donated as certified in Section 6 have been found to have no commercial value or the estimated cost of continued care and handling would exceed the estimated proceeds from the sale.

**Receiver's Signature:**

▉▉▉▉

**Investigator Signature:**

**A.R. 206**