Sensitive but Unclassified

## B. Graphical Reports

In the graph below, the firm was compared to other convenience stores in Harris county. It was noticed that during the review period, the subject store had higher transaction amounts in almost all transactions ranging from $30 to $89.99. Therefore, this is clearly an indication that this store is trafficking SNAP benefits(see below).

Transaction Spread Comparison - FNS Number: 5987083, Reporting Period: 11/2019 - 04/2020, Min Txn Amount: 30.00, Max Txn Amount: 89.99, Store Type compared: CS, Counties: HARRIS



**Z's Food Mart**, was also compared to 2 other convenience stores in close proximity to the subject store. It is evident that the subject store had a larger Total Purchase Txn Count, Average Txn Amount, and Dollar Volume. Also, hits in Scan B2 and Scan F were higher when compared to the competition.



| FNS Number | Store Name | Store Type | Current WL Status | WL Status Date | ALERT Rank Average | Total Purchase Txn Count | Average Txn Amount | Dollar Volume | A | A2 | B1 | B2 | C | D | F | F% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5987083 | ZS FOOD MART | CS | Open | 05/03/2020 | 3.49 | 2,009 | $9.65 | $19,388.61 | 0 | 4 | 0 | 21 | 7 | 0 | 110 | 5.48% |
| | | CS | | | 0.09 | 1,254 | $7.20 | $9,026.22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.48% |
| | | CS | | | 0.20 | 1,641 | $7.44 | $12,211.86 | 0 | 0 | 0 | 1 | 0 | 0 | 17 | 1.04% |



Total Purchase Txn Count - Date Range: 11/2019 to 04/2020; Subject Store: 5987083 - Comparison Store



Average Txn Amount - Date Range: 11/2019 to 04/2020; Subject Store: 5987083 - Comparison Store

**A.R. 266**

Case 4:20-cv-03411 Document 14-10 Filed on 11/30/21 in TXSD Page 2 of 34
Case Analysis for ZS FOOD MART, FNS Number: 5987083        Case Number: C0230530

Sensitive but Unclassified



## C. Individual Household Analysis

A review of the store visit photos revealed nothing at **Z's Food Market,** that could not be obtained at other nearby stores. The subject store has nothing selling over $10. There is only 1 cash register, 1 POS device, and no known meat bundles, seafood specials, and or fruit/vegetable boxes. There are plenty of comparable convenience stores in the area selling similar food products including a better stocked medium grocery store(SVC photos have been uploaded to RFS).

3 households were selected from the attachments to review and analyze their shopping patterns and behavior at **Z's Food Market.** All 3 clients conducted transactions at the subject store and at large superstores/supermarkets during the review period.

*For each of the households identified in the Individual Household Analysis below, the household's recorded home addresses were obtained from the State Administrative Terminal (if available). An analysis of the household address information was completed during the case analysis.*

**A.R. 267**

Case 4:20-cv-03411 Document 14-10 Filed on 11/30/21 in TXSD Page 3 of 34
Case Analysis for ZS FOOD MART, FNS Number: 5987083          Case Number: C0230530

Sensitive but Unclassified

*First Household-**4166-* this household had access to superstores and supermarkets during the review period. The graph below shows the amounts spent in November 2019, December 2019, January 2020, and February 2020 at **Z's Food Mart**. The subject store is a small convenience store with very inexpensive food items. Therefore why would they be making repeated visits to the subject store within days from a visit to a large supermarket or superstore?

| FNS Number | Store Name | Store Type | Store State | Date/Time | Amount | Household Number | Txn Method | Txn Type |
|---|---|---|---|---|---|---|---|---|
| 5987083 | ZS FOOD MART | CS | TX | 11/12/2019 09:48:04 PM | $59.67 | | Swipe | Purchase |
| | | SS | TX | 11/13/2019 04:41:54 PM | $82.11 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 11/13/2019 05:59:24 PM | $39.81 | | Swipe | Purchase |
| | | SM | TX | 11/14/2019 05:55:06 PM | $6.59 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/12/2019 07:17:18 PM | $62.89 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/12/2019 09:23:08 PM | $3.18 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/13/2019 06:26:44 PM | $39.81 | | Swipe | Purchase |
| | | SS | TX | 12/15/2019 06:03:54 PM | $60.18 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/17/2019 06:49:43 PM | $19.95 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/11/2020 06:40:53 PM | $29.41 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/11/2020 06:58:58 PM | $27.89 | | Swipe | Purchase |
| | | SS | TX | 01/12/2020 01:08:03 PM | $46.74 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/12/2020 01:43:57 PM | $45.53 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/12/2020 08:38:45 PM | $19.91 | | Swipe | Purchase |
| | | SM | TX | 01/14/2020 04:13:05 PM | $12.84 | | Swipe | Purchase |
| | | SM | TX | 02/12/2020 08:15:29 PM | $30.77 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 02/12/2020 09:35:43 PM | $49.47 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 02/13/2020 08:44:02 PM | $52.05 | | Swipe | Purchase |
| | | CS | TX | 02/22/2020 12:54:18 PM | $6.00 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 02/22/2020 09:06:29 PM | $44.76 | | Swipe | Purchase |

**A.R. 268**

Case 4:20-cv-03411 Document 14-10 Filed on 11/30/21 in TXSD Page 4 of 34
Case Analysis for ZS FOOD MART, FNS Number: 5987083          Case Number: C0230530

Sensitive but Unclassified

The table below shows 6 other stores that were visited by this household. It was noticed that the other stores that were visited had no scan hits only **Zs Food Mart**(see below).

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Household Activity Map for FNS Number: 5987083 - ZS FOOD MART; Household Numbe** | | | | | | | | | | | | | |
| Map Point | FNS Number | Store Name | Store Type | Total HH Purchase Txn Count | Total HH Flagged Txn Count | A | A2 | B1 | B2 | C | D | F | Distance (miles) |
| 1 | 5987083 | ZS FOOD MART | CS | 13 | 10 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0.0 |
| 2 | | | CS | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.35 |
| 3 | | | SM | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.00 |
| 4 | | | SS | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.18 |
| 5 | | | SS | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.31 |
| 6 | | | CA | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.33 |
| 7 | | | SS | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17.58 |

***Second Household-**0548*** this household had access to 2 well stocked supermarket during the review period. The graph below shows the amounts spent in November 2019 and April 2020 at Z's Food Mart. The subject store is a small convenience store with limited stock. It is suspicious to see repeated visits to this store when the most expensive item seen during the store visit was under $10. Therefore, what are they purchasing at the subject store??

| FNS Number | Store Name | Store Type | Store State | Date/Time | Amount | Household Number | Txn Method | Txn Type |
|---|---|---|---|---|---|---|---|---|
| | | SM | TX | 11/08/2019 09:12:18 PM | $123.86 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 11/08/2019 09:39:58 PM | $43.92 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 11/09/2019 07:03:07 PM | $33.08 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 11/09/2019 07:47:51 PM | $22.89 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 11/10/2019 03:04:19 PM | $33.98 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 11/10/2019 07:23:22 PM | $39.82 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 04/01/2020 08:46:55 PM | $53.47 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 04/01/2020 09:23:53 PM | $14.53 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 04/02/2020 06:52:03 PM | $39.81 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 04/02/2020 07:48:22 PM | $19.81 | | Swipe | Purchase |
| | | SM | TX | 04/02/2020 07:57:57 PM | $129.00 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 04/13/2020 08:17:10 PM | $52.55 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 04/14/2020 05:44:09 PM | $46.19 | | Swipe | Purchase |

**A.R. 269**

Case 4:20-cv-03411 Document 14-10 Filed on 11/30/21 in TXSD Page 5 of 34
Case Analysis for ZS FOOD MART, FNS Number: 5987083 Case Number: C0230530

Sensitive but Unclassified

The ALERT map below shows the household's reported residence (diamond symbol) and some of the stores the household visited during the review period. This household's residence is not in close proximity to the subject store. In fact, this household's residence is right next to ███████████ a large superstore. Therefore, why are they making suspicious similar dollar transactions at Zs Food Mart when they have access to better stocked stores?



The table below shows 10 other stores that were visited by this household. It was noticed that the other stores that were visited had no scan hits only **Zs Food Mart**(see below).

| Map Point | FNS Number | Store Name | Store Type | Total HH Purchase Txn Count | Total HH Flagged Txn Count | A | A1 | B1 | B2 | C | D | F | Distance (miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5987083 | ZS FOOD MART | CS | 14 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0.0 |
| 2 | | | CS | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.71 |
| 3 | | | SS | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.31 |
| 4 | | | CS | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.71 |
| 5 | | | SM | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.67 |
| 6 | | | SM | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.8 |
| 7 | | | SS | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8.32 |
| 8 | | | CA | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8.76 |
| 9 | | | SM | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11.33 |
| 10 | | | CS | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11.86 |
| 11 | | | SM | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11.97 |

**A.R. 270**

Case 4:20-cv-03411 Document 14-10 Filed on 11/30/21 in TXSD Page 6 of 34
Case Analysis for ZS FOOD MART, FNS Number: 5987083 Case Number: C0230530

Sensitive but Unclassified

***Third Household-**9614*** this household had access to a well stocked supermarket during the review period. The graph below shows the amounts spent in December 2019 and January 2020 at **Z's Food Mart**. The subject store is a small convenience store with limited stock. It is suspicious to see repeated visits to this store when the most expensive item seen during the store visit was under $10. Therefore, what are they purchasing at the subject store??

| FNS Number | Store Name | Store Type | Store State | Date/Time | Amount | Household Number | Txn Method | Txn Type |
|---|---|---|---|---|---|---|---|---|
| 5987083 | ZS FOOD MART | CS | TX | 12/07/2019 07:13:26 PM | $41.98 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/07/2019 09:20:24 PM | $52.79 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/09/2019 07:35:48 PM | $9.28 | | Swipe | Purchase |
| | | SM | TX | 12/10/2019 01:55:49 PM | $26.94 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/11/2019 06:30:43 PM | $22.89 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/12/2019 09:23:47 PM | $19.71 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 12/13/2019 06:31:38 PM | $19.87 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/07/2020 05:21:06 PM | $68.30 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/07/2020 07:33:45 PM | $52.55 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/10/2020 06:15:55 PM | $8.54 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/10/2020 06:27:45 PM | $32.89 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/16/2020 09:54:27 PM | $7.92 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/22/2020 07:17:30 PM | $21.50 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 01/22/2020 07:18:16 PM | $2.99 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 02/07/2020 09:50:25 PM | $49.81 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 02/10/2020 10:42:36 PM | $44.37 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 02/13/2020 07:47:53 PM | $39.81 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 02/13/2020 08:42:15 PM | $8.31 | | Swipe | Purchase |
| 5987083 | ZS FOOD MART | CS | TX | 02/15/2020 12:30:43 PM | $2.79 | | Swipe | Purchase |

**A.R. 271**

Case 4:20-cv-03411 Document 14-10 Filed on 11/30/21 in TXSD Page 7 of 34
Case Analysis for ZS FOOD MART, FNS Number: 5987083                    Case Number: C0230530

Sensitive but Unclassified

The ALERT map below shows the household's reported residence (diamond symbol) and some of the stores the household visited during the review period. This household's residence is fairly close to the subject store, however, there is a large supermarket not too far away. Therefore, why are they making suspicious dollar transactions at Zs Food Mart when they have access to better stocked stores?



The table below shows 4 other stores that were visited by this household. It was noticed that the other stores that were visited had no scan hits only **Zs Food Mart**(see below).

| Map Point | FNS Number | Store Name | Store Type | Total HH Purchase Txn Count | Total HH Flagged Txn Count | A | A2 | B1 | B2 | C | D | F | Distance (miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5987083 | ZS FOOD MART | CS | 23 | 8 | 0 | 0 | 0 | 2 | 0 | 0 | 8 | 0.0 |
| | | | CS | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.36 |
| | | | SM | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.05 |
| | | | CA | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.22 |
| | | | CA | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.33 |

## VII.   **Conclusion and Recommendations**

Based on the analysis of transaction data for **ZS FOOD MART** during the period 11/2019 - 04/2020, we have established clear and repetitive patterns of unusual, irregular, and inexplicable SNAP activity, which would warrant issuance of a trafficking charge letter.

**A.R. 272**

June 12, 2020

 **United States Department of Agriculture**
Food and Nutrition Service
Supplemental Nutrition Assistance Program

Naghma B Shaikh, BASHIR SHAIKH
ZS FOOD MART
3719 LOCKWOOD
HOUSTON, TX 77026

Dear Sir or Madam:

The United States Department of Agriculture Food and Nutrition Service (FNS) has compiled evidence that your firm has violated the Supplemental Nutrition Assistance Program (SNAP) regulations. Analysis of the records reveal Electronic Benefit Transfer (EBT) transactions that establish clear and repetitive patterns of unusual, irregular, and inexplicable activity for your type of firm. A listing of such transactions is enclosed.

Based on this information, we are charging your firm with trafficking, as defined in Section 271.2 of the SNAP regulations. As provided by Section 278.6(e)(1) of the SNAP regulations, the sanction for trafficking is permanent disqualification. These transactions occurred during the months of November 2019 - April 2020.

1.      In a series of Supplemental Nutrition Assistance Program EBT transactions, multiple transactionswere made from the accounts of individual SNAP households within a set time period. These transactions are listed in Attachment 1.

2.      In a series of Supplemental Nutrition Assistance Program EBT transactions, your store conductedEBT transactions that are large based on the observed store characteristics and recorded food stock. These transactions are listed in Attachment 2.

If it is determined that your firm committed the trafficking violations noted above, it will be permanently disqualified from the Supplemental Nutrition Assistance Program as provided by SNAP regulations, Section 278.6(e)(1). Civil or criminal action may also be taken against you by the United States Attorney. In addition, a fiscal claim may be assessed to recover the monetary losses to the Federal Government resulting from trafficking violations.

The SNAP regulations also provide that, under certain conditions, FNS may impose a civil money penalty (CMP) of up to $59,000.00 in lieu of permanent disqualification of a firm for trafficking. The SNAP regulations, Section 278.6(i), list the criteria that you must meet in order to be considered for a CMP. If you request a CMP, you must meet each of the four criteria listed and provide the documentation as specified within 10 calendar days of your receipt of this letter. No extension of time can be granted for making a request for a CMP or for providing the required documentation. Your request and all documentation must be postmarked by midnight of the 10th calendar day after you receive this letter, in order to be considered timely. If the 10th calendar day falls on a Saturday, Sunday or legal (Federal) holiday, a request with documentation, will be timely if it is postmarked

USDA is an Equal Opportunity Provider, Employer and Lender

**A.R. 273**

the next day which is not a Saturday, Sunday or legal (Federal) holiday. If your request and the required documentation are not submitted on time, you will lose your right for any further consideration for a CMP. If it is determined that you qualify for a CMP, the amount of that penalty will be $17,580.00. Payment in full is due within 30 calendar days after you receive our determination letter. The amount of the CMP was calculated in accordance with SNAP regulations at Section 278.6(j).

If you do not request consideration for a CMP or are determined to be ineligible for a CMP, the permanent disqualification of your firm shall be effective on the date of receipt of the letter informing you of our final decision (SNAP regulations, Section 278.6(c)). If the permanent disqualification of your firm is later reversed through administrative or judicial review, USDA shall not be liable for the value of any sales lost during the period of disqualification you served.

If you are an authorized vendor under the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), you may be disqualified from the WIC Program as a result of your disqualification from SNAP. In accordance with current law governing both the SNAP and the WIC Program, such a WIC Program disqualification is not subject to administrative or judicial review under the WIC Program. A CMP from the Supplemental Nutrition Assistance Program may also result in a WIC Program disqualification, but such a disqualification would be subject to administrative and/or judicial review.

In the event that you sell or transfer ownership of your store subsequent to your disqualification, you will be subject to and liable for a CMP as provided by SNAP regulations, Sections 278.6(f) (2),(3) and (4). The amount of this sale or transfer CMP will be calculated based on SNAP regulations, Section 278.6(g).

We may disclose information to the public when a retailer has been disqualified or otherwise sanctioned for violations after the time for any appeals has expired. This information is limited to the name and address of the store, the owner(s)/officer(s) names and information about the sanction itself.

SNAP regulations Section 278.6(b) explain your right to reply to the charges, and Sections 278.6(c) through (m) describes the procedures we will follow in making a decision in this case. If you wish to present any information, explanation, or evidence you have regarding these charges, you must reply within 10 calendar days of the date you receive this letter.

You may reply either by phone or in writing. You may have legal counsel assist you in presenting your reply. If you will be represented by a third party, you must provide a Letter of Representation, signed by the owner, authorizing FNS to communicate with the representative. To respond by phone, please make an appointment for this purpose by telephoning Berenice Rojo at (213) 330-2445. If you schedule but fail to keep an appointment, we will consider that action as a non-response to this letter.

Submit any written response to:

Attn: Berenice Rojo
USDA, Food and Nutrition Service

USDA is an Equal Opportunity Provider, Employer and Lender

Phone: (213) 330-2445      Fax: (844) 202-0928
Email: berenice.rojo@usda.gov

We will fully consider your reply and any documentation you provide before we make a final decision in this matter. However, if we do not hear from you within 10 calendar days of receipt of this letter, we will make a decision based on the information available to us, and advise you of that decision in writing.

Any documentation submitted becomes the property of FNS and will not be returned.

Current SNAP regulations are available online, at https://www.fns.usda.gov/snap/retailers-store-training-information.

Sincerely,

*Sanela Ocanovic*

Sanela Ocanovic
Section Chief, Retailer Operations Division
USDA, Food and Nutrition Service
Supplemental Nutrition Assistance Program

Enclosure

USDA is an Equal Opportunity Provider, Employer and Lender

**A.R. 275**

Attachment 1
5987083 : ZS FOOD MART                                                                                    06/12/2020

In a series of Supplemental Nutrition Assistance Program EBT transactions, multiple transactions were made from the accounts of individual SNAP households within a set time period.

|   | Terminal | Date | Time | Household | Amount | Method | Type |
|---|----------|------|------|-----------|--------|--------|------|
| 1 | 00146534 | 12/11/2019 | 05:21:48 PM | *****8466 | 39.83 | Swipe | Purchase |
| 2 | 00146534 | 12/11/2019 | 05:38:47 PM | *****8466 | 39.46 | Swipe | Purchase |

*Total Flagged Transactions: 2*    *Total Time: 00:16:59*    *Amount: $79.29*

|   | Terminal | Date | Time | Household | Amount | Method | Type |
|---|----------|------|------|-----------|--------|--------|------|
| 3 | 00146534 | 04/15/2020 | 04:45:21 PM | *****6416 | 59.38 | Swipe | Purchase |
| 4 | 00146534 | 04/15/2020 | 05:11:52 PM | *****6416 | 21.29 | Swipe | Purchase |

*Total Flagged Transactions: 2*    *Total Time: 00:26:31*    *Amount: $80.67*

|   | Terminal | Date | Time | Household | Amount | Method | Type |
|---|----------|------|------|-----------|--------|--------|------|
| 5 | 00146534 | 01/05/2020 | 03:04:14 PM | *****4182 | 55.98 | Swipe | Purchase |
| 6 | 00146534 | 01/05/2020 | 03:40:49 PM | *****4182 | 35.71 | Swipe | Purchase |

*Total Flagged Transactions: 2*    *Total Time: 00:36:35*    *Amount: $91.69*

|   | Terminal | Date | Time | Household | Amount | Method | Type |
|---|----------|------|------|-----------|--------|--------|------|
| 7 | 00792081 | 03/09/2020 | 09:35:56 PM | *****6690 | 47.89 | Swipe | Purchase |
| 8 | 00792081 | 03/09/2020 | 10:25:17 PM | *****6690 | 27.19 | Swipe | Purchase |

*Total Flagged Transactions: 2*    *Total Time: 00:49:21*    *Amount: $75.08*

|   | Terminal | Date | Time | Household | Amount | Method | Type |
|---|----------|------|------|-----------|--------|--------|------|
| 9 | 00146534 | 12/07/2019 | 07:13:26 PM | *****9614 | 41.98 | Swipe | Purchase |
| 10 | 00146534 | 12/07/2019 | 09:20:24 PM | *****9614 | 52.79 | Swipe | Purchase |

*Total Flagged Transactions: 2*    *Total Time: 02:06:58*    *Amount: $94.77*

|   | Terminal | Date | Time | Household | Amount | Method | Type |
|---|----------|------|------|-----------|--------|--------|------|
| 11 | 00146534 | 04/13/2020 | 05:29:06 PM | *****1718 | 47.89 | Swipe | Purchase |
| 12 | 00146534 | 04/13/2020 | 07:39:28 PM | *****1718 | 34.37 | Swipe | Purchase |

*Total Flagged Transactions: 2*    *Total Time: 02:10:22*    *Amount: $82.26*

|   | Terminal | Date | Time | Household | Amount | Method | Type |
|---|----------|------|------|-----------|--------|--------|------|
| 13 | 00146534 | 01/07/2020 | 05:21:06 PM | *****9614 | 68.30 | Swipe | Purchase |
| 14 | 00146534 | 01/07/2020 | 07:33:45 PM | *****9614 | 52.55 | Swipe | Purchase |

*Total Flagged Transactions: 2*    *Total Time: 02:12:39*    *Amount: $120.85*

|   | Terminal | Date | Time | Household | Amount | Method | Type |
|---|----------|------|------|-----------|--------|--------|------|
| 15 | 00146534 | 11/13/2019 | 05:00:33 PM | *****3178 | 43.21 | Swipe | Purchase |
| 16 | 00146534 | 11/13/2019 | 05:32:33 PM | *****3178 | 21.49 | Swipe | Purchase |
| 17 | 00146534 | 11/13/2019 | 07:19:12 PM | *****3178 | 21.51 | Swipe | Purchase |

*Total Flagged Transactions: 3*    *Total Time: 02:18:39*    *Amount: $86.21*

**A.R. 276**

Attachment 1
5987083 : ZS FOOD MART

06/12/2020

| | Terminal | Date | Time | Household | Amount | Method | Type |
|---|---|---|---|---|---|---|---|
| 18 | 00146534 | 04/21/2020 | 05:44:55 PM | *****4558 | 66.25 | Swipe | Purchase |
| 19 | 00146534 | 04/21/2020 | 07:31:07 PM | *****4558 | 39.81 | Swipe | Purchase |
| 20 | 00146534 | 04/21/2020 | 08:08:20 PM | *****4558 | 20.11 | Swipe | Purchase |

Total Flagged Transactions: 3    Total Time: 02:23:25    Amount: $126.17

| | Terminal | Date | Time | Household | Amount | Method | Type |
|---|---|---|---|---|---|---|---|
| 21 | 00792081 | 02/01/2020 | 08:54:58 PM | *****9960 | 49.81 | Swipe | Purchase |
| 22 | 00792081 | 02/01/2020 | 11:21:57 PM | *****9960 | 32.37 | Swipe | Purchase |

Total Flagged Transactions: 2    Total Time: 02:26:59    Amount: $82.18

| | Terminal | Date | Time | Household | Amount | Method | Type |
|---|---|---|---|---|---|---|---|
| 23 | 00146534 | 04/15/2020 | 06:30:10 PM | *****8926 | 39.81 | Swipe | Purchase |
| 24 | 00146534 | 04/15/2020 | 09:31:40 PM | *****8926 | 40.29 | Swipe | Purchase |

Total Flagged Transactions: 2    Total Time: 03:01:30    Amount: $80.10

| | Terminal | Date | Time | Household | Amount | Method | Type |
|---|---|---|---|---|---|---|---|
| 25 | 00146534 | 11/20/2019 | 09:51:39 PM | *****5067 | 69.95 | Swipe | Purchase |
| 26 | 00146534 | 11/21/2019 | 03:37:30 PM | *****5067 | 31.27 | Swipe | Purchase |

Total Flagged Transactions: 2    Total Time: 17:45:51    Amount: $101.22

| | Terminal | Date | Time | Household | Amount | Method | Type |
|---|---|---|---|---|---|---|---|
| 27 | 00146534 | 01/11/2020 | 06:40:53 PM | *****4166 | 29.41 | Swipe | Purchase |
| 28 | 00146534 | 01/11/2020 | 06:58:58 PM | *****4166 | 27.89 | Swipe | Purchase |
| 29 | 00146534 | 01/12/2020 | 01:43:57 PM | *****4166 | 45.53 | Swipe | Purchase |

Total Flagged Transactions: 3    Total Time: 19:03:04    Amount: $102.83

| | Terminal | Date | Time | Household | Amount | Method | Type |
|---|---|---|---|---|---|---|---|
| 30 | 00146534 | 01/12/2020 | 08:08:23 PM | *****6997 | 65.60 | Swipe | Purchase |
| 31 | 00146534 | 01/13/2020 | 06:07:18 PM | *****6997 | 37.38 | Swipe | Purchase |

Total Flagged Transactions: 2    Total Time: 21:58:55    Amount: $102.98

| | Terminal | Date | Time | Household | Amount | Method | Type |
|---|---|---|---|---|---|---|---|
| 32 | 00146534 | 01/03/2020 | 07:14:55 PM | *****8461 | 51.94 | Swipe | Purchase |
| 33 | 00146534 | 01/03/2020 | 09:23:02 PM | *****8461 | 27.89 | Swipe | Purchase |
| 34 | 00146534 | 01/04/2020 | 05:30:59 PM | *****8461 | 20.19 | Swipe | Purchase |

Total Flagged Transactions: 3    Total Time: 22:16:04    Amount: $100.02

| | Terminal | Date | Time | Household | Amount | Method | Type |
|---|---|---|---|---|---|---|---|
| 35 | 00146534 | 04/13/2020 | 08:06:58 PM | *****9885 | 29.87 | Swipe | Purchase |
| 36 | 00146534 | 04/13/2020 | 08:27:39 PM | *****9885 | 37.27 | Swipe | Purchase |
| 37 | 00146534 | 04/13/2020 | 09:05:22 PM | *****9885 | 20.87 | Swipe | Purchase |
| 38 | 00146534 | 04/14/2020 | 05:39:36 PM | *****9885 | 48.39 | Swipe | Purchase |
| 39 | 00146534 | 04/14/2020 | 07:07:11 PM | *****9885 | 20.51 | Swipe | Purchase |

Total Flagged Transactions: 5    Total Time: 23:00:13    Amount: $156.91

**A.R. 277**

Attachment 1
5987083 : ZS FOOD MART                                                                06/12/2020

|    | **Terminal** | **Date** | **Time** | **Household** | **Amount** | **Method** | **Type** |
|----|----------|------|------|-----------|--------|--------|------|
| 40 | 00146534 | 11/18/2019 | 08:04:39 PM | *****3334 | 41.32 | Swipe | Purchase |
| 41 | 00146534 | 11/18/2019 | 08:30:35 PM | *****3334 | 21.10 | Swipe | Purchase |
| 42 | 00146534 | 11/19/2019 | 05:35:05 PM | *****3334 | 27.31 | Swipe | Purchase |
| 43 | 00146534 | 11/19/2019 | 07:06:47 PM | *****3334 | 26.45 | Swipe | Purchase |

*Total Flagged Transactions: 4*  Total Time: 23:02:08  Amount: $116.18

|    | **Terminal** | **Date** | **Time** | **Household** | **Amount** | **Method** | **Type** |
|----|----------|------|------|-----------|--------|--------|------|
| 44 | 00792081 | 02/12/2020 | 09:35:43 PM | *****4166 | 49.47 | Swipe | Purchase |
| 45 | 00792081 | 02/13/2020 | 08:44:02 PM | *****4166 | 52.05 | Swipe | Purchase |

*Total Flagged Transactions: 2*  Total Time: 23:08:19  Amount: $101.52

|    | **Terminal** | **Date** | **Time** | **Household** | **Amount** | **Method** | **Type** |
|----|----------|------|------|-----------|--------|--------|------|
| 46 | 00146534 | 12/12/2019 | 07:17:18 PM | *****4166 | 62.89 | Swipe | Purchase |
| 47 | 00146534 | 12/13/2019 | 06:26:44 PM | *****4166 | 39.81 | Swipe | Purchase |

*Total Flagged Transactions: 2*  Total Time: 23:09:26  Amount: $102.70

|    | **Terminal** | **Date** | **Time** | **Household** | **Amount** | **Method** | **Type** |
|----|----------|------|------|-----------|--------|--------|------|
| 48 | 00146534 | 11/02/2019 | 08:01:30 PM | *****9960 | 52.94 | Swipe | Purchase |
| 49 | 00146534 | 11/03/2019 | 03:30:58 PM | *****9960 | 24.75 | Swipe | Purchase |
| 50 | 00146534 | 11/03/2019 | 07:20:43 PM | *****9960 | 25.25 | Swipe | Purchase |

*Total Flagged Transactions: 3*  Total Time: 23:19:13  Amount: $102.94

|    | **Terminal** | **Date** | **Time** | **Household** | **Amount** | **Method** | **Type** |
|----|----------|------|------|-----------|--------|--------|------|
| 51 | 00146534 | 12/09/2019 | 05:54:43 PM | *****9815 | 47.86 | Swipe | Purchase |
| 52 | 00146534 | 12/09/2019 | 08:40:48 PM | *****9815 | 33.41 | Swipe | Purchase |
| 53 | 00146534 | 12/10/2019 | 05:20:25 PM | *****9815 | 38.73 | Swipe | Purchase |

*Total Flagged Transactions: 3*  Total Time: 23:25:42  Amount: $120.00

Total Flagged Sets: 21
Total Flagged Transactions: 53
Total Amount: $2,106.57

In a series of Supplemental Nutrition Assistance Program EBT transactions, your store conducted EBT transactions that are large based on the observed store characteristics and recorded food stock.

|     | **Terminal** | **Date** | **Time** | **Household** | **Amount** | **Method** |
|-----|----------|----------|----------|-----------|--------|--------|
| 54  | 00146534 | 01/22/2020 | 07:16:00 PM | *****9829 | 89.41 | Swipe |
| 55  | 00146534 | 01/19/2020 | 05:20:43 PM | *****9829 | 72.59 | Swipe |
| 56  | 00146534 | 11/20/2019 | 09:51:39 PM | *****5067 | 69.95 | Swipe |
| 57  | 00146534 | 01/07/2020 | 05:21:06 PM | *****9614 | 68.30 | Swipe |
| 58  | 00146534 | 04/21/2020 | 05:44:55 PM | *****4558 | 66.25 | Swipe |
| 59  | 00146534 | 01/12/2020 | 08:08:23 PM | *****6997 | 65.60 | Swipe |
| 60  | 00792081 | 03/12/2020 | 09:58:41 PM | *****0487 | 65.40 | Swipe |
| 61  | 00146534 | 12/30/2019 | 09:24:53 PM | *****1590 | 63.44 | Swipe |
| 62  | 00146534 | 12/12/2019 | 07:17:18 PM | *****4166 | 62.89 | Swipe |
| 63  | 00146534 | 11/25/2019 | 10:04:29 PM | *****0486 | 61.37 | Swipe |
| 64  | 00792081 | 02/14/2020 | 07:08:08 PM | *****5695 | 59.93 | Swipe |
| 65  | 00146534 | 04/06/2020 | 07:45:13 PM | *****2870 | 59.89 | Swipe |
| 66  | 00146534 | 01/07/2020 | 07:32:29 PM | *****8184 | 59.86 | Swipe |
| 67  | 00146534 | 04/13/2020 | 06:30:58 PM | *****1707 | 59.84 | Swipe |
| 68  | 00146534 | 04/17/2020 | 09:11:04 PM | *****9829 | 59.78 | Swipe |
| 69  | 00146534 | 12/03/2019 | 09:48:12 PM | *****8080 | 59.71 | Swipe |
| 70  | 00146534 | 11/12/2019 | 09:48:04 PM | *****4166 | 59.67 | Swipe |
| 71  | 00792081 | 02/12/2020 | 07:30:20 PM | *****0487 | 59.49 | Swipe |
| 72  | 00146534 | 04/06/2020 | 05:43:50 PM | *****0083 | 59.44 | Swipe |
| 73  | 00146534 | 04/15/2020 | 04:45:21 PM | *****6416 | 59.38 | Swipe |
| 74  | 00146534 | 01/05/2020 | 03:04:14 PM | *****4182 | 55.98 | Swipe |
| 75  | 00146534 | 04/01/2020 | 08:46:55 PM | *****8080 | 53.47 | Swipe |
| 76  | 00146534 | 11/02/2019 | 08:01:30 PM | *****9960 | 52.94 | Swipe |
| 77  | 00146534 | 12/07/2019 | 09:20:24 PM | *****9614 | 52.79 | Swipe |
| 78  | 00146534 | 01/07/2020 | 07:33:45 PM | *****9614 | 52.55 | Swipe |
| 79  | 00146534 | 04/13/2020 | 08:17:10 PM | *****8080 | 52.55 | Swipe |
| 80  | 00146534 | 11/17/2019 | 09:09:06 PM | *****9829 | 52.35 | Swipe |
| 81  | 00792081 | 02/13/2020 | 08:44:02 PM | *****4166 | 52.05 | Swipe |
| 82  | 00146534 | 01/03/2020 | 07:14:55 PM | *****8461 | 51.94 | Swipe |
| 83  | 00146534 | 12/03/2019 | 08:50:15 PM | *****3340 | 49.92 | Swipe |
| 84  | 00146534 | 11/15/2019 | 09:45:11 PM | *****9829 | 49.83 | Swipe |
| 85  | 00146534 | 12/09/2019 | 08:45:41 PM | *****5081 | 49.81 | Manual |
| 86  | 00146534 | 01/09/2020 | 08:38:34 PM | *****1401 | 49.81 | Swipe |
| 87  | 00792081 | 02/01/2020 | 08:54:58 PM | *****9960 | 49.81 | Swipe |
| 88  | 00792081 | 02/07/2020 | 09:50:25 PM | *****9614 | 49.81 | Swipe |
| 89  | 00792081 | 02/17/2020 | 09:36:28 PM | *****1737 | 49.81 | Swipe |
| 90  | 00146534 | 12/12/2019 | 06:16:03 PM | *****5067 | 49.79 | Swipe |
| 91  | 00792081 | 03/03/2020 | 11:06:44 PM | *****5931 | 49.71 | Swipe |
| 92  | 00792081 | 02/12/2020 | 09:35:43 PM | *****4166 | 49.47 | Swipe |
| 93  | 00792081 | 03/14/2020 | 07:53:52 PM | *****1781 | 49.47 | Swipe |
| 94  | 00146534 | 01/17/2020 | 05:35:41 PM | *****3178 | 49.39 | Swipe |
| 95  | 00146534 | 11/11/2019 | 04:50:52 PM | *****8466 | 49.31 | Swipe |
| 96  | 00146534 | 04/14/2020 | 05:39:36 PM | *****9885 | 48.39 | Swipe |
| 97  | 00146534 | 12/18/2019 | 07:36:56 PM | *****9275 | 47.89 | Swipe |
| 98  | 00792081 | 03/09/2020 | 09:35:56 PM | *****6690 | 47.89 | Swipe |
| 99  | 00792081 | 04/07/2020 | 08:29:31 PM | *****7603 | 47.89 | Swipe |
| 100 | 00146534 | 04/13/2020 | 05:29:06 PM | *****1718 | 47.89 | Swipe |
| 101 | 00146534 | 12/09/2019 | 05:54:43 PM | *****9815 | 47.86 | Swipe |
| 102 | 00792081 | 04/12/2020 | 12:13:14 PM | *****8530 | 47.83 | Swipe |
| 103 | 00146534 | 04/14/2020 | 05:44:09 PM | *****8080 | 46.19 | Swipe |
| 104 | 00146534 | 01/12/2020 | 01:43:57 PM | *****4166 | 45.53 | Swipe |
| 105 | 00146534 | 01/16/2020 | 06:29:31 PM | *****9829 | 45.06 | Swipe |
| 106 | 00146534 | 04/14/2020 | 09:36:47 PM | *****9213 | 44.89 | Swipe |
| 107 | 00146534 | 04/17/2020 | 04:42:32 PM | *****3785 | 44.89 | Manual |
| 108 | 00792081 | 02/22/2020 | 09:06:29 PM | *****4166 | 44.76 | Swipe |
| 109 | 00792081 | 02/10/2020 | 10:42:36 PM | *****9614 | 44.37 | Swipe |

|     | Terminal | Date | Time | Household | Amount | Method |
|-----|----------|------|------|-----------|--------|--------|
| 110 | 00146534 | 11/08/2019 | 09:39:58 PM | *****8080 | 43.92 | Swipe |
| 111 | 00792081 | 04/17/2020 | 03:04:01 PM | *****0541 | 43.64 | Swipe |
| 112 | 00146534 | 12/21/2019 | 05:57:33 PM | *****3582 | 43.50 | Swipe |
| 113 | 00146534 | 01/05/2020 | 04:33:58 PM | *****7508 | 43.23 | Swipe |
| 114 | 00146534 | 11/13/2019 | 05:00:33 PM | *****3178 | 43.21 | Swipe |
| 115 | 00792081 | 02/15/2020 | 06:35:56 PM | *****0541 | 43.09 | Swipe |
| 116 | 00146534 | 01/11/2020 | 05:34:56 PM | *****6303 | 42.69 | Swipe |
| 117 | 00146534 | 12/07/2019 | 07:13:26 PM | *****9614 | 41.98 | Swipe |
| 118 | 00792081 | 04/12/2020 | 04:38:33 PM | *****0487 | 41.40 | Swipe |
| 119 | 00146534 | 11/18/2019 | 08:04:39 PM | *****3334 | 41.32 | Swipe |
| 120 | 00146534 | 01/08/2020 | 08:24:32 PM | *****7508 | 40.59 | Swipe |
| 121 | 00146534 | 01/12/2020 | 05:40:05 PM | *****9629 | 40.49 | Swipe |
| 122 | 00146534 | 04/15/2020 | 09:31:40 PM | *****8926 | 40.29 | Swipe |
| 123 | 00146534 | 04/29/2020 | 05:17:57 PM | *****5615 | 40.19 | Swipe |
| 124 | 00146534 | 11/18/2019 | 08:29:07 PM | *****5279 | 40.06 | Swipe |
| 125 | 00792081 | 02/16/2020 | 08:50:25 PM | *****3099 | 40.01 | Swipe |
| 126 | 00146534 | 04/13/2020 | 06:08:41 PM | *****4567 | 39.97 | Swipe |
| 127 | 00146534 | 11/03/2019 | 08:37:17 PM | *****5081 | 39.92 | Manual |
| 128 | 00146534 | 01/07/2020 | 08:51:04 PM | *****7508 | 39.89 | Swipe |
| 129 | 00146534 | 01/20/2020 | 09:31:00 PM | *****6888 | 39.89 | Swipe |
| 130 | 00146534 | 12/08/2019 | 05:21:31 PM | *****4182 | 39.87 | Swipe |
| 131 | 00146534 | 04/06/2020 | 05:07:37 PM | *****0432 | 39.87 | Swipe |
| 132 | 00792081 | 04/09/2020 | 06:44:17 PM | *****5695 | 39.84 | Swipe |
| 133 | 00146534 | 12/11/2019 | 05:21:48 PM | *****8466 | 39.83 | Swipe |
| 134 | 00146534 | 11/10/2019 | 07:23:22 PM | *****8080 | 39.82 | Swipe |
| 135 | 00146534 | 11/13/2019 | 05:59:24 PM | *****4166 | 39.81 | Swipe |
| 136 | 00146534 | 12/13/2019 | 06:26:44 PM | *****4166 | 39.81 | Swipe |
| 137 | 00146534 | 12/22/2019 | 02:01:42 PM | *****3582 | 39.81 | Swipe |
| 138 | 00146534 | 01/11/2020 | 05:38:55 PM | *****8466 | 39.81 | Swipe |
| 139 | 00146534 | 02/13/2020 | 07:47:53 PM | *****9614 | 39.81 | Swipe |
| 140 | 00792081 | 03/14/2020 | 07:15:11 PM | *****9815 | 39.81 | Swipe |
| 141 | 00792081 | 04/02/2020 | 06:52:03 PM | *****8080 | 39.81 | Swipe |
| 142 | 00146534 | 04/14/2020 | 06:51:41 PM | *****8167 | 39.81 | Swipe |
| 143 | 00146534 | 04/15/2020 | 06:30:10 PM | *****8926 | 39.81 | Swipe |
| 144 | 00146534 | 04/21/2020 | 07:31:07 PM | *****4558 | 39.81 | Swipe |
| 145 | 00146534 | 02/15/2020 | 08:11:53 PM | *****6519 | 39.67 | Swipe |
| 146 | 00146534 | 12/11/2019 | 05:38:47 PM | *****8466 | 39.46 | Swipe |
| 147 | 00146534 | 01/03/2020 | 08:38:50 PM | *****5081 | 39.41 | Swipe |
| 148 | 00792081 | 02/09/2020 | 04:38:18 PM | *****6885 | 39.41 | Swipe |
| 149 | 00146534 | 12/10/2019 | 05:20:25 PM | *****9815 | 38.73 | Swipe |
| 150 | 00146534 | 12/19/2019 | 05:49:11 PM | *****9275 | 38.19 | Swipe |
| 151 | 00146534 | 04/11/2020 | 05:38:25 PM | *****3785 | 37.81 | Swipe |
| 152 | 00146534 | 01/13/2020 | 06:07:18 PM | *****6997 | 37.38 | Swipe |
| 153 | 00146534 | 04/13/2020 | 08:27:39 PM | *****9885 | 37.27 | Swipe |
| 154 | 00146534 | 04/25/2020 | 06:49:06 PM | *****1259 | 36.26 | Swipe |
| 155 | 00146534 | 01/05/2020 | 03:40:49 PM | *****4182 | 35.71 | Swipe |
| 156 | 00792081 | 02/10/2020 | 09:48:34 PM | *****9815 | 35.18 | Swipe |
| 157 | 00146534 | 04/13/2020 | 07:39:28 PM | *****1718 | 34.37 | Swipe |
| 158 | 00146534 | 11/06/2019 | 07:05:02 PM | *****4182 | 34.00 | Swipe |
| 159 | 00146534 | 11/10/2019 | 03:04:19 PM | *****8080 | 33.98 | Swipe |
| 160 | 00146534 | 12/09/2019 | 08:40:48 PM | *****9815 | 33.41 | Swipe |
| 161 | 00146534 | 11/09/2019 | 07:03:07 PM | *****8080 | 33.08 | Swipe |
| 162 | 00146534 | 12/05/2019 | 08:01:32 PM | *****1212 | 32.90 | Swipe |
| 163 | 00146534 | 01/10/2020 | 06:27:45 PM | *****9614 | 32.89 | Swipe |

Total Flagged Transactions: 110
Total Amount: $5,171.80

**From:**     UPS Quantum View
**To:**       Rojo, Berenice - FNS
**Subject:**  UPS Delivery Notification, Tracking Number 1ZA18E032496205100
**Date:**     Monday, June 15, 2020 8:26:46 AM



## Hello, your package has been delivered.

**Delivery Date:**    Monday, 06/15/2020
**Delivery Time:**    10:23 AM
**Left At:**    OTHER-RELEAS

## USDA/FNS/ROD

| | |
|---|---|
| **Tracking Number:** | 1ZA18E032496205100 |
| **Ship To:** | Z'S FOOD MART<br>3719 LOCKWOOD<br>HOUSTON, TX 770265475<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air? |
| **Package Weight:** | 0.0 LBS |



 Download the UPS mobile app

© 2020 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center



### Clyde W. Burleson, P.C.
*Attorneys and Counselors at Law*
*1533 W. Alabama Suite 100*
*Houston, Texas 77006-4105*

*Telephone (713)526-2226*                                              *Facsimile (713) 526-3787*

## FACSIMILE COVER SHEET

**DATE**: June 23, 2020

**TO**:   Berenice Rojo
**FAX:  844-202-0928**

**RE**:   ZS Food Mart
         **Response Letter**

**FROM**: Clyde Burleson

## NUMBER OF PAGES (INCLUDING COVER PAGE): 4

□ Attachment □ For review/comment □ Please reply □ FYI

MESSAGE:

Your attention to this matter is greatly appreciated. If you have any questions, please do not hesitate to contact our office.

ORIGINAL/COPY  WILL_____  WILL NOT_____  be mailed.

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual/entity named above. If you receive this fax in error, please immediately notify the sender by telephone at our expense. Thank you.

**A.R. 282**

# Clyde W. Burleson, P.C.

1533 W. ALABAMA, STE. 100
HOUSTON, TX 77006
TELEPHONE: (713) 526-2226
FACSIMILE: (713) 526-3787

June 22, 2020

Attn: Berenice Rojo
USDA, Food and Nutrition Service
*Via email and facsimile transmission:*
*Berenice.rojo@usda.gov*
*(844) 202-0928*

RE:     Request for Civil Monetary Penalty
        Naghma B. Shaikh, Bashir Shaikh
        ZS Food Mart
        3719 Lockwood
        Houston, Texas 77026

Dear Ms. Rojo:

Please accept this letter as my client's request for a Civil Monetary Penalty ("CMP") in lieu of permanent disqualification. ZS Food Mart was notified that it was charged with trafficking as defined in Section 271.2 of the SNAP Regulations. The letter notifying my client of the charge was dated June 12, 2020. It was signed by Sanela Ocanovic, Section Chief, Retailer Operations Division, USDA, Food and Nutrition Service, Supplemental Nutrition Assistance Program. A power of attorney authorizing this firm to act on behalf of ZS Food Mart is attached for your review.

7 CFR 278.6 sets out the criteria to be considered in determining whether a CMP is appropriate: (i) whether the firm has established and implemented an effective compliance policy as specified in § 278.6(i)(1); (ii) whether the firm established that both its compliance policy and program were in operation at the location where the violations occurred prior to the occurrence of

1

**A.R. 283**

the violations cited for in the charge letter sent to the firm, (iii) whether the firm had developed and instituted an effective personnel training program as specified in § 278.6(i)(2), and (iv) whether firm ownership was not aware of, did not approve, did not benefit from, or was not in any way involved in the conduct or approval of trafficking violations; or it is only the first occasion in which a member of firm management was aware of, approved, benefited from, or was involved in the conduct of any trafficking violations by the firm (7 C.F.R. § 278.6(i); *see also* 7 U.S.C. § 2021(b)(3)(B)) (FNS has "the discretion to impose a civil penalty … in lieu of disqualification … [if] there is substantial evidence that [the firm] had an effective policy and program in effect to prevent violations of the" FSA.).

ZS Food Mart meets those criteria. The business has been in operation since 2003. Since the beginning of its operations, ZS Food Mart has trained its employees regarding SNAP benefits. Prior to the violations alleged in the Department's letter, all of the store employees were required to meet with the owners and/or managers and were trained on the proper use of SNAP benefits and the store's obligations under the SNAP Program before beginning their first shift. Prior to the Department's letter there have not been any warnings or any advisements of violations by the FNS. This period of almost seventeen (17) years with no issues is evidence that the training program was effective and working.

It should be noted that the area where ZS Food Mart is located is economically disadvantaged and densely populated. There are no other food store locations within an approximately one-mile radius of ZS Food Mart that accept SNAP benefits. A sanction of disqualification will harm the residents of the area that rely on using their SNAP benefits at ZS Food Mart as it will further limit their access to affordable and nutritious food.

2

Attached to this letter I have provided an affidavit of Bashir A. Shaikh affirming the statements made herein are within his personal knowledge and are true and correct. I have also included photos of the store and the surrounding area as evidence of its location in an economically disadvantaged area and the impact a disqualification would have on the surrounding community.

Due to the surrounding circumstances, ZS Food Mart should be eligible for a civil money penalty or in the alternative disqualification for one year at the most.

Respectfully Submitted,

Clyde Burleson
Clyde W. Burleson, P.C.
SBN: 00796278
1533 W. Alabama, Ste. 100
Houston, TX 77006
Tel: (713) 526-2226
Fax: (713) 526-3787
clyde@burlesoncraig.com
Attorney for ZS Food Mart

3

A.R. 285

STATE OF TEXAS       §
                           §
                           §
COUNTY OF HARRIS      §

### AFFIDAVIT

Before me, the undersigned notary, on this day personally appeared Bashir A. Shaikh, a person whose identity is known to me. After I administered an oath to him, upon his oath, stated as follows:

"My name is Bashir A. Shaikh. I am over the age of eighteen, am of sound mind and am capable of making this affidavit. All facts contained within the foregoing document are within my personal knowledge and are true and correct."

Further, affiant sayeth naught.

_____
Bashir A. Shaikh

Before me, the undersigned authority, on this __23rd__ day of __June__, 2020, the person whose name is signed to the foregoing affidavit personally appeared and, duly sworn by me, states under oath that he or she has read the affidavit, and that all the facts therein set forth are true and correct.

_____
Notary Public, State of Texas

LAUREN NEELY
Notary Public, State of Texas
Comm. Expires 11-14-2022
Notary ID 130026540

4

A.R. 286

**STATE OF TEXAS**                    §
                                      §
                                      §
**COUNTY OF HARRIS**                  §
                                      §

## POWER OF ATTORNEY

I, Bashir A. Shaikh, on behalf of Z S Food Mart, hereby appoint Clyde W. Burleson, P.C. and its employees as Agent and attorney acting on behalf of my entity for the following purposes:

1. To discuss my Supplemental Nutrition Assistance Program and Electronic Benefit Transfer transactions.

2. To provide information as requested for purposes of my case and/or accounts and/or application and/or permit(s).

I grant the above named AGENT full power to substitute one or more attorneys or other representatives to carry out the powers and duties specified above.

_____
Bashir A. Shaikh
Z S Food Mart

Before me, the undersigned authority, on this __23rd__ day of ____June____, 2020, the person whose name is signed to the foregoing affidavit personally appeared and, duly sworn by me, states under oath that he or she has read the affidavit, and that all the facts therein set forth are true and correct.

LAUREN NEELY
Notary Public, State of Texas
Comm Expires 11-14-2022
Notary ID 130028540

_____
Notary Public, State of Texas

5

**A.R. 287**

AREA SURROUNDING Z S FOOD STORE



6

ZS FOOD MART



A.R. 289

From Clyde Burleson 0 713 526 3787 Tue Jun 29 15:37:55 2010 EDT Page 25 of 34

NEIGHBORHOOD BEHIND ZS FOOD STORE



8

A.R. 290

STATE OF TEXAS§
§
§
COUNTY OF HARRIS§
§

## POWER OF ATTORNEY

I, Bashir A. Shaikh, on behalf of Z S Food Mart, hereby appoint Clyde W. Burleson, P.C. and its employees as Agent and attorney acting on behalf of my entity for the following purposes:

1. To discuss my Supplemental Nutrition Assistance Program and Electronic Benefit Transfer transactions.

2. To provide information as requested for purposes of my case and/or accounts and/or application and/or permit(s).

I grant the above named AGENT full power to substitute one or more attorneys or other representatives to carry out the powers and duties specified above.

_____
Bashir A. Shaikh
Z S Food Mart

Before me, the undersigned authority, on this 23rd day of June , 2020, the person whose name is signed to the foregoing affidavit personally appeared and, duly sworn by me, states under oath that he or she has read the affidavit, and that all the facts therein set forth are true and correct.



LAUREN NEELY
Notary Public, State of Texas
Comm Expires 11-14-2022
Notary ID 130028540

_____
Notary Public, State of Texas

5

A.R. 291

**STATE OF TEXAS** §
§
§
**COUNTY OF HARRIS** §
§

## <u>POWER OF ATTORNEY</u>

I, Bashir A. Shaikh, on behalf of Z S Food Mart, hereby appoint Clyde W. Burleson, P.C. and its employees as Agent and attorney acting on behalf of my entity for the following purposes:

1. To discuss my Supplemental Nutrition Assistance Program and Electronic Benefit Transfer transactions.
2. To provide information as requested for purposes of my case and/or accounts and/or application and/or permit(s).

I grant the above named AGENT full power to substitute one or more attorneys or other representatives to carry out the powers and duties specified above.

_____
Bashir A. Shaikh
Z S Food Mart

Before me, the undersigned authority, on this 23rd day of June , 2020, the person whose name is signed to the foregoing affidavit personally appeared and, duly sworn by me, states under oath that he or she has read the affidavit, and that all the facts therein set forth are true and correct.



LAUREN NEELY
Notary Public, State of Texas
Comm Expires 11-14-2022
Notary ID 130028540

_____
Notary Public, State of Texas

5

## Retailer Reply and Case Sanction Recommendation

**FNS #:**  5987083

**Store Name: ZS FOOD MART**

**Owner's Name(s):** Naghma B Shaikh, Bahir Shaikh

**Attorney's Name:** Clyde W. Burleson, P.C.

**Program Specialist:** Berenice Rojo

**Section Chief:** Sanela Ocanovic

**Recommendation:** *Permanent Disqualification*

**Date(s) and method of Retailer's Response to Charge Letter:**

- 6/23/20-written response/affidavit/photos

**If FOIA was requested, FOIA information must be filled in below.  If no FOIA was requested, please list N/A.**

> **FOIA requested date**: N/A
> **FOIA response completed date**:  N/A
> **FOIA appeal requested date**:  N/A
> **FOIA appeal completed date**: N/A

## Summary of Retailer's Response:

- *Client requests Civil Money Penalty in lieu of Permanent Disqualification.*
- It was stated that Z's Food Mart meets the TCMP criteria.
- It was stated that the store opened since 2003.
- It was stated that the employees had been trained and were required to meet with the owners/managers prior to working.
- It was stated that there were no warnings or advisements of violations by FNS.
- It was stated that the store had no issues in 17 years and this is evidence that the training program was effective.
- It was stated that the area where Z's is located is economically disadvantaged and densely populated.
- It was stated that there are no other food store locations within a mile radius and this will impact the residents in the area.

**A.R. 293**

**FNS Response:**

- *FNS will check if store qualifies for a Trafficking Civil Money Penalty.*
- The firm did not rebuttal the trafficking charges.
- Although it was stated that the store opened in 2003 it became authorized until 1/31/19.
- No training documentation was submitted.
- FNS does not have to warn a store prior to charging the store for violations.
- Yes, it is true that the area where Z's store is located is densely populated however, according to United States census bureau only 16.5% of the people in Harris County live in poverty (based on estimates from 2019).
- The attorney provided 3 photos of the store including a photo of the surrounding area, however, the quality of the photos were not good. It was stated that there are no other food stores located within a mile radius, however, based on Alert local area map there are 13 authorized stores (see below).

ALERT local area map



Photo of the surrounding area provided by attorney



**Fiscal Claim Evaluation:** Not Applicable

- Only applicable for traditional trafficking cases and not imposed on EBT cases.

**Hardship CMP Consideration:** Ineligible

- A civil money penalty for hardship to SNAP households may not be imposed in lieu of a permanent disqualification (278.6(f)(1))

**Request for Trafficking CMP:** Ineligible

- CL was received on 6/15/20. The written request was received on 6/23/20(timely).
- The store stated that employees were trained; but they failed to provide us with any documentation or evidence to support their statement.
- The store does not meet the 4 TCMP criteria. As such, they are ineligible for a TCMP (see below).

| Z's Food Mart/FNS# 5987083 | |
|---|---|
| **Trafficking Civil Money Penalty Evaluation** | |
| Criterion 1: The firm must submit written and dated statements of internal policy that reflect a commitment to ensuring that the firm is operated in a manner consistent with SNAP regulations and policy. | |
| a. Documents reflecting company policy intended to terminate the employment of employees found to be violating SNAP regulations. | Not Met. |
| b. Documents reflecting operating policy intended to initiate corrective action following complaints of SNAP violations or irregularities. | Not Met. |
| c. Documents reflecting development and continued operation of internal reviews of employee compliance with SNAP regulations. | Not Met. |
| d. Records of previous violations under the same ownership. | Not Met. |
| e. Any other information the firm may present for consideration. | Not Met. |
| Criterion 2: The firm shall have established that both its compliance policy and program were in operation at the location where the violations occurred prior to the occurrence of violations cited in the charge letter sent to the firm: | |
| a. The documentation provided must establish that the policy statements were provided to the violating employee(s) prior to the commission of any violation. | Not Met. |
| Criterion 3: The firm shall have developed and instituted an effective personnel training program as specified in section 278.6(1) (2) of the regulations | |
| a. Dated training curricula and records of dates training sessions were conducted.<br>b. A record of dates of employment of firm personnel; and<br>c. Documentation of the participation of the violating employee(s) in initial and any follow-up training held prior to the violation(s) in question.<br><br>A training program will be considered effective if it meets the following standards:<br>a. Training for all managers and employees, whose work brings them into contact with SNAP benefits or are assigned to a location where SNAP benefits are accepted, handled or processed, shall be conducted within one month of the institution of the compliance policy under Criterion 1. Employees hired subsequent to the institution of the compliance policy must be trained within one month of employment. Thereafter, all employees must be retrained periodically.<br>b. Training must be designed to establish a level of competence that assures compliance with SNAP regulations; and<br>c. Written materials, which may include FNS publications available to all authorized firms, are used in the training program. Such materials must clearly state that the exchange of SNAP benefits for cash (trafficking), and the exchange | Not Met. |

| Z's Food Mart/FNS# 5987083 Trafficking Civil Money Penalty Evaluation | |
|---|---|
| of SNAP benefits for firearms, ammunition, explosives, or controlled substances is prohibited and in violation of SNAP regulations. | |
| **Criterion 4: Firm ownership was not aware of, did not approve, did not benefit from, or was not in any way involved in the conduct or approval of trafficking violations. Or it is the first occasion in which a member of firm management was aware of, approved, benefited from, or was involved in the conduct of any trafficking violations by the firm.** | |
| Individuals are considered to be part of the firm's management if: a) They have substantial supervisory responsibility with regard to directing the activities and work assignments of store employees, or b) Have authority to hire employees for the store or terminate the employment of individuals working at the store. In determining whether ownership benefited from trafficking in which they were not directly involved, it is generally assumed that if EBT settlements are made to the owner's account the owner has benefited. | Not Met. |

## Conclusion:

According to Food and Nutrition Act of 2008, amended, 7 U.S.C. §2021 and 278 of Title 7 of the Code of Federal Regulations (CFR), permanent disqualification is warranted. FNS transaction data and the overall store record convincingly demonstrate repetitive patterns of unusual, irregular, and inexplicable SNAP activity for this type of firm, and are therefore indicative of trafficking. Ownership did not provide sufficient evidence to legitimize transaction data detailed in the Charge letter. FNS policy requires ***permanent disqualification*** for trafficking.

July 6, 2020

 **United States Department of Agriculture**
Food and Nutrition Service
Supplemental Nutrition Assistance Program

Clyde Burleson
Clyde W Burleson, P.C.
1533 W. Alabama
Suite 100
Houston, TX 77006

RE: ZS FOOD MART
3719 LOCKWOOD
HOUSTON, TX 77026

Dear Sir or Madam:

Consideration has been given to the information and evidence available to us relating to our letter of charges dated June 12, 2020, and to your reply of June 23, 2020. We find that the violations cited in our charge letter occurred at your firm.

We considered your eligibility for a trafficking civil money penalty (CMP) according to the terms of Section 278.6(i) of the Supplemental Nutrition Assistance Program (SNAP) regulations. We have determined that you are not eligible for the CMP because you failed to submit sufficient evidence to demonstrate that your firm had established and implemented an effective compliance policy and program to prevent violations of the Supplemental Nutrition Assistance Program.

Therefore, your firm shall be permanently disqualified from the Supplemental Nutrition Assistance Program, effective upon receipt of this letter. This is in accordance with Section 278.6(c) and 278.6(e)(1) of the SNAP regulations.

If you continue to accept SNAP after receipt of this notice, you may be subject to additional fines and penalties.

This determination will be final unless you submit a written request for review to the Chief, Administrative Review Branch, USDA, FNS, 1320 Braddock Place, 5th Floor, Alexandria, Virginia 22314. Your request for review must be postmarked by midnight of the 10th calendar day after you receive this letter, in order to be considered timely. If the 10th calendar day of the period for requesting review falls on a Saturday, Sunday or legal (Federal) holiday, as specified in Section 279.2(c) of the SNAP regulations, a request for review will be timely if it is postmarked the next day which is not a Saturday, Sunday or legal (Federal) holiday. The rules governing your review rights are contained in Section 278.6(n) and Part 279 of the SNAP regulations.

During this review process, you may not accept SNAP benefits until a decision is rendered. If the permanent disqualification of your firm is later reversed through administrative or judicial review, USDA shall not be liable for the value of any sales lost during the period of disqualification you served (SNAP regulations Section 278.6(c)).

USDA is an Equal Opportunity Provider, Employer and Lender

**A.R. 297**

This determination shall not preclude the Department of Agriculture or any other agency or department of the United States from taking further action to collect any claim determined under the SNAP regulations or under any other pertinent statutes or regulations, nor shall this determination preclude prosecution under any applicable laws.

Your Electronic Benefit Transfer (EBT) processor will be advised to disable your EBT connection. If your EBT machine is government-supplied, it must be returned to the processor. If you accept SNAP benefits after the effective date of disqualification, you will be subject to a monetary fine per Section 278.6(m) of the SNAP regulations and possible prosecution under applicable laws.

If you are an authorized vendor under the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), you may be disqualified from the WIC Program as a result of your disqualification from the SNAP. In accordance with current law governing both the SNAP and the WIC Program, such a WIC Program disqualification is not subject to administrative or judicial review under the WIC Program. A CMP from the Supplemental Nutrition Assistance Program may also result in a WIC Program disqualification, but such a disqualification would be subject to administrative and/or judicial review.

In the event that you sell or transfer ownership of your store subsequent to your disqualification, you will be subject to and liable for a CMP as provided by SNAP regulations Sections 278.6(f)(2), (3), and (4). The amount of this sale or transfer CMP will be calculated based on SNAP regulations at 278.6(g).

We may disclose information to the public when a retailer has been disqualified or otherwise sanctioned for violations after the time for any appeals has expired. This information is limited to the name and address of the store, the owner(s)/officer(s) names and information about the sanction itself.

Current SNAP regulations are available online, at https://www.fns.usda.gov/snap/retailers-store-training-information.

If you have questions, please call Berenice Rojo at (213) 330-2445.

Sincerely,

*Sanela Ocanovic*

Sanela Ocanovic
Section Chief, Retailer Operations Division
USDA, Food and Nutrition Service
Supplemental Nutrition Assistance Program

**From:** UPS Quantum View
**To:** Rojo, Berenice - FNS
**Subject:** UPS Delivery Notification, Tracking Number 1ZA18E032497245146
**Date:** Wednesday, July 8, 2020 8:20:27 AM



## Hello, your package has been delivered.

**Delivery Date:**   Wednesday, 07/08/2020
**Delivery Time:**   10:19 AM
**Left At:**   OFFICE
**Signed by:**   SUNNY

## USDA/FNS/ROD

**Tracking Number:**     1ZA18E032497245146

**Ship To:**     Z'S FOOD MART
3719 LOCKWOOD
HOUSTON, TX 770265475
US

**Number of Packages:**     1

**UPS Service:**     UPS Next Day Air?

**Package Weight:**     0.0 LBS



  Download the UPS mobile app

© 2020 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

 Review the UPS Privacy Notice

 For Questions, Visit Our Help and Support Center

